AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Hasnain et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-cv-6221 |
| City of New York et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                        .

Date:   08/20/2024                         /s/ Remy Green
                                                          *Attorney's signature*

                                                          Remy Green (5505300)
                                                          *Printed name and bar number*

                                                          Cohen&Green P.L.L.C.
                                                          1639 Centre St., Ste. 216
                                                          Ridgewood, NY 11385
                                                          *Address*

                                                          remy@femmelaw.com
                                                          *E-mail address*

                                                          (929) 888-9480
                                                          *Telephone number*

                                                          (929) 888-9457
                                                          *FAX number*