**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANEES HASNAIN and LUIS MEJIA,

        *Plaintiffs,*

v.

THE CITY OF NEW YORK, NYPD POLICE OFFICER NICHOLAS ALBERGO (TAX 954471), NYPD POLICE OFFICER ALLYSON ECHAVARRIA (TAX 951703), AND NYPD MEMBER DOES 1-9,

        *Defendants.*

Case No. 24-cv-6221

**DECLARATION OF SERVICE**

    Remy Green, an attorney duly admitted to practice before this court, declares the following is true and correct:

    1.    I am counsel for Plaintiffs in this case.

    2.    On August 20, 2024, I served the City of New York with a copy of (1) the Summons, (2) the Complaint, (3) Judge Rochon's Individual Rules, (4) the Court's ECF Rules, and (5) pursuant to Local Rule 83.10 (often called the "1983 Plan") § 160.50 and HIPAA releases for each Plaintiff by sending all of the above as attachments not links (per the City's instructions) to serviceECF@law.nyc.gov, the email address the City has designated for electronic service on the City and its agencies.

    3.    I have attached a true and correct copy of the service confirmation receipt from the Law Department email to this Declaration.

    As permitted in 28 U.S.C. § 1746, I, Remy Green, declare under penalty of perjury that the foregoing is true and correct.

Executed On:    August 20, 2024        /s/

                                                                                   J. Remy Green



remy green <remy@femmelaw.com>

## Proof of service receipt

**ServiceECF (Law)** <ServiceECF@law.nyc.gov>  
To: remy green <remy@femmelaw.com>

Tue, Aug 20, 2024 at 11:23 AM

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York.  Please retain it for your records.  Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including  the Mayor and City Agency Heads named in their official capacities.  Service of process on any individually named parties has not been accepted.

<u>Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.</u>

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.