UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

**Plaintiff / Petitioner:**
ANEES HASNAIN ET AL

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
24-CV-06221

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY. That on Thu, Aug 22 2024 AT 08:54 AM AT 1278 Sedgwick Avenue, Bronx, NY 10452 deponent served the within summons and verified complaint and ecf rules and individual rules of practice in a civil case of JENNIFER L ROCHON on POLICE OFFICER ALLYSON ECHEVERRIA

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Sergeant Catano a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 1278 Sedgwick Avenue, Bronx, NY 10452, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Thu, Aug 22 2024.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40    Ethnicity: Hispanic    Gender: Male    Weight: 180
Height: 5'7"    Hair: Black    Eyes: Brown    Relationship: Co worker
Other

Mitchell Raider
1450036

I affirm this 22 day of AUGUST, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK                                    COUNTY OF

**Plaintiff / Petitioner:**
ANEES HASNAIN ET AL

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
24-CV-06221

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY. That on Wed, Aug 21 2024 AT 10:18 AM AT 397 Coney Island Avenue SRG 3, Brooklyn, NY 11218 deponent served the within summons and verified complaint and ecf rules and individual rules of practice in civil cases of JENNIFER ROCHON on POLICE OFFICER NICHOLAS ALBERGO

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Sergeant Biagini a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 397 Coney Island Avenue SRG 3, Brooklyn, NY 11218, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Wed, Aug 21 2024.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40   Ethnicity: Caucasian   Gender: Male   Weight: 190
Height: 5'9"   Hair: Bald   Eyes: Brown   Relationship: Co worker
Other

Mitchell Raider
1450036

I affirm this 21 day of AUGUST, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.