UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANEES HASNAIN et al., <br><br> Plaintiffs, <br><br> -against- <br><br> CITY OF NEW YORK et al., <br><br> Defendants. | Case No. 1:24-cv-06221 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

    Plaintiffs' motion to compel (Dkt. 11) is GRANTED for the reasons and to the extent stated on the record at the hearing on September 3, 2024. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 11.

Dated: September 3, 2024
       New York, New York

                                                  SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

1