AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| ANEES HASNAIN AND LUIS MEJIA, | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| THE CITY OF NEW YORK, <u>et al</u> | ) |
| *Defendant(s)* | ) |
| | ) |
| | ) |
| | ) |

Civil Action No.  24-cv-6221

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Cohen & Green PLLC
1639 Centre Street, Suite 216
Ridgewood, NY 11385

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____         _____

*Signature of Clerk or Deputy Clerk*

<u>Summons Rider</u>

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**Police Officer Freddy Suazo; Shield No. 28151**
STRATEGIC RESP GRP 1 MANHATTAN
524 WEST 42ND STREET, MANHATTAN, NY 10036

**Captain Angelica Amaya**
STRATEGIC RESP GRP 4 QUEENS
137-58 NORTHERN BLVD, QUEENS, NY 11354

**Police Officer Jason Castillo; Shield No. 15434**
010 PRECINCT
230 WEST 20TH STREET, MANHATTAN, NY 10011

**Police Officer Nicholas Noto; Shield No. 20757**
CENTRAL PARK PRECINCT
86TH ST & TRANSVERSE RD, MANHATTAN, NY 10024

**Police Officer Nicholas Blake; Shield No.23324**
  CENTRAL PARK PRECINCT
  86TH ST & TRANSVERSE RD, MANHATTAN,
  NY 10024

**Police Officer Johnny Solorzano; Shield No. 3216**
026 PRECINCT
520 WEST 126TH STREET, MANHATTAN, NY 10027

**Police Officer Diana Schutz; Shield No. 5948**
STRATEGIC RESP GRP 1 MANHATTAN
524 WEST 42ND STREET, MANHATTAN, NY 10036

**Police Officer Benjamin Beiro; Shield No. 7399**
  CENTRAL PARK PRECINCT
  86TH ST & TRANSVERSE RD, MANHATTAN,
  NY 10024
**Sgt. Robert Livingston; Shield No. 1303**
 STRATEGIC RESP GRP 1 MANHATTAN
 524 WEST 42ND STREET, MANHATTAN, NY 10036