UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

---

**Plaintiff / Petitioner:**

ANEES HASNAIN ET AL

**Defendant / Respondent:**

THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
24-CV-06221

---

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Mon, Nov 25 2024 AT 10:50 AM AT 86TH ST & TRANVERSE RD CENTRAL PARK PCT, New York, NY 10024 deponent served the within summons andfirst amended verified complaint and notice of commencement by electronic filing on POLICE OFFICER NICHOLAS BLAKE

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Sergeant Nocera a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 86TH ST & TRANVERSE RD CENTRAL PARK PCT, New York, NY 10024, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Mon, Nov 25 2024.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

Age: 45        Ethnicity: Caucasian                    Gender: Male            Weight: 180

Height: 5'8"              Hair: Black            Eyes: Brown                Relationship: Co worker

Other

_____

Mitchell Raider
1450036

I affirm this 25 day of NOVEMBER, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

**Plaintiff / Petitioner:**

ANEES HASNAIN ET AL

**Defendant / Respondent:**

THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
24-CV-06221

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Mon, Nov 25 2024 AT 10:48 AM AT 86TH ST & TRANVERSE RD CENTRAL PARK PCT, New York, NY 10024 deponent served the within summons andfirst amended verified complaint and notice of commencement by electronic filing on POLICE OFFICER NICHOLAS NOTO

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Sergeant Nocera a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 86TH ST & TRANVERSE RD CENTRAL PARK PCT, New York, NY 10024, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Mon, Nov 25 2024.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

Age: 45        Ethnicity: Caucasian        Gender: Male        Weight: 180
Height: 5'8"        Hair: Black        Eyes: Brown        Relationship: Co worker
Other

Mitchell Raider
1450036

I affirm this 25 day of NOVEMBER, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

**Plaintiff / Petitioner:**

ANEES HASNAIN ET AL

**Defendant / Respondent:**

THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
24-CV-06221

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Mon, Nov 25 2024 AT 10:51 AM AT 86TH ST & TRANVERSE RD CENTRAL PARK PCT, New York, NY 10024 deponent served the within summons andfirst amended verified complaint and notice of commencement by electronic filing on POLICE OFFICER BENJAMIN BIERO

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Sergeant Nocera a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 86TH ST & TRANVERSE RD CENTRAL PARK PCT, New York, NY 10024, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Mon, Nov 25 2024.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

Age: 45   Ethnicity: Caucasian   Gender: Male   Weight: 180
Height: 5'8"   Hair: Black   Eyes: Brown   Relationship: Co worker
Other

Mitchell Raider
1450036

I affirm this 25 day of NOVEMBER, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

**Plaintiff / Petitioner:**
ANEES HASNAIN ET AL

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
24-CV-06221

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY .  That on Mon, Nov 25 2024 AT 10:21 AM AT 520 West 126th Street, New York, NY 10027 deponent served the within summons andfirst amended verified complaint and notice of commencement by electronic filing on POLICE OFFICER JOHNNY SOLORZANO

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to POLICE OFFICER Ayala a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 520 West 126th Street, New York, NY 10027, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Mon, Nov 25 2024.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 45          Ethnicity: Hispanic                    Gender: Female              Weight: 170
Height: 5'8"              Hair: Black          Eyes: Brown                  Relationship: Co worker
Other

Mitchell Raider
1450036

I affirm this 25 day of NOVEMBER, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

**Plaintiff / Petitioner:**

ANEES HASNAIN ET AL

**Defendant / Respondent:**

THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
24-CV-06221

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Mon, Nov 25 2024 AT 12:05 PM AT 230 WEST 20TH STREET 10TH PCT, New York, NY 10011 deponent served the within summons andfirst amended verified complaint and notice of commencement by electronic filing on POLICE OFFICER JASON CASTILLO

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Principal Davis a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 230 WEST 20TH STREET 10TH PCT, New York, NY 10011, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Mon, Nov 25 2024.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | | |
|---|---|---|---|---|
| Age: 65 | Ethnicity: African American | | Gender: Female | Weight: 180 |
| Height: 5'10" | Hair: Black | Eyes: Brown | | Relationship: Co worker |
| Other | | | | |

_Mitchell Raider_
Mitchell Raider
1450036

I affirm this 25 day of NOVEMBER, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

**Plaintiff / Petitioner:**
ANEES HASNAIN ET AL
**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**
Index No:
24-CV-06221

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Mon, Nov 25 2024 AT 11:25 AM AT 535 WEST 57TH ST SRG 1, NEW YORK, NY deponent served the within summons andfirst amended verified complaint and notice of commencement by electronic filing on POLICE OFFICER DIANA SCHUTZ

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Sergeant Bustamante a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 535 WEST 57TH ST SRG 1, NEW YORK, NY , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Mon, Nov 25 2024.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | |
|---|---|---|---|
| Age: 40 | Ethnicity: Caucasian | Gender: Male | Weight: 180 |
| Height: 5'9" | Hair: Black | Eyes: Brown | Relationship: Co worker |
| Other | | | |

Mitchell Raider
1450036

I affirm this 25 day of NOVEMBER, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

**Plaintiff / Petitioner:**
ANEES HASNAIN ET AL

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
24-CV-06221

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Mon, Nov 25 2024 AT 11:26 AM AT 535 WEST 57TH ST SRG 1, NEW YORK, NY deponent served the within summons and first amended verified complaint and notice of commencement by electronic filing on POLICE OFFICER FREDDY SUAZO

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Sergeant Bustamante a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 535 WEST 57TH ST SRG 1, NEW YORK, NY , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Mon, Nov 25 2024.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 45          Ethnicity: Caucasian                          Gender: Male                    Weight: 180
Height: 5'9"                  Hair: Black                    Eyes: Brown                    Relationship: Co worker
Other _____

Mitchell Raider
1450036

I affirm this 25 day of NOVEMBER, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

**Plaintiff / Petitioner:**

ANEES HASNAIN ET AL

**Defendant / Respondent:**

THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
24-CV-06221

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Mon, Nov 25 2024 AT 11:27 AM AT 535 WEST 57TH ST SRG 1, NEW YORK, NY deponent served the within summons and first amended verified complaint and notice of commencement by electronic filing on SERGEANT ROBERT LIVINGSTON

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to SERGEANT Bustamante a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 535 WEST 57TH ST SRG 1, NEW YORK, NY , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Mon, Nov 25 2024.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | |
|---|---|---|---|
| Age: 45 | Ethnicity: Caucasian | Gender: Male | Weight: 180 |
| Height: 5'9" | Hair: Black | Eyes: Brown | Relationship: Co worker |
| Other | | | |

Mitchell Raider
1450036

I affirm this 25 day of NOVEMBER, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

**Plaintiff / Petitioner:**

ANEES HASNAIN ET AL

**Defendant / Respondent:**

THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
24-CV-06221

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Fri, Nov 22 2024 AT 11:20 AM AT 137-58 Northern Boulevard SRG 4, New York, NY 11354 deponent served the within summons andfirst amended verified complaint and notice of commencement by electronic filing on CAPTAIN ANGELICA AMAYA

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Sergeant Sotelo a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 137-58 Northern Boulevard SRG 4, New York, NY 11354, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Fri, Nov 22 2024.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

Age: 40          Ethnicity: Caucasian          Gender: Male          Weight: 180
Height: 5'8"          Hair: Brown          Eyes: Brown          Relationship: Co worker
Other

Mitchell Raider
1450036

I affirm this 22 day of NOVEMBER, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.