

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JOSEPH M. HIRAOKA, JR.
*Senior Counsel*
Phone: (212) 356-2413
Fax: (212) 356-1148
jhiraoka@law.nyc.gov

January 24, 2025

**BY E.C.F.**
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

> The requested extension is GRANTED.  The deadline for all Defendants to answer or otherwise respond to the Amended Complaint shall be **February 26, 2025**.
>
> Date:   January 27, 2025
>         New York, New York
>
> SO ORDERED
>
> *Jennifer Rochon*
> JENNIFER L. ROCHON
> United States District Judge

Re:    <u>Anees Hasnain, et al. v. City of New York, et al.</u>, 24-CV-6221 (JLR)

Your Honor:

    I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing defendant City of New York in this matter.  Defendant City of New York writes to respectfully request that the Court grant an extension of time for the City, defendant Officers Allyson Echavarria and Nicholas Albergo, and all newly added defendants to answer, or otherwise respond to, the Amended Complaint, from January 27, 2025 to February 26, 2025.  Counsel for plaintiffs, Remy Green, Esq., consents to this request.  This is the City of New York's third request for an extension of time to answer, or otherwise respond to, the Amended Complaint.  Defendant City previously filed requests to extend the time to respond to the Amended Complaint on December 5, 2024 and December 19, 2024, and the Court granted the City's requests.

    By way of relevant background, plaintiff filed the Amended Complaint, adding new defendant Officers Freddy Suazo, Gianfranco Rubino, Benjamin Beiro, Robert Livingston, Angel Amaya, Jason Castillo, Nicholas Noto, Nicholas Blake, Johnny Solorzano and Diana Schutz, on September 18, 2024. (Dkt. No. 24).  Newly named defendant Gianfranco Rubino was served on December 5, 2024, and he was the last newly added defendant who was served. (Dkt. No. 31).  The other newly added defendants were served on November 25, 2024. (Dkt. No. 34).

    Given that there are 12 individually named defendants, 10 of whom have been newly added, the requested extension of additional time is necessary to allow this office time to

interview all defendants to investigate the allegations in the Complaint in accordance with its obligations under Rule 11(b) of the Federal Rules of Civil Procedure. I have interviewed 5 of the 12 defendants, and am in the process of meeting with the remaining 7 defendants.

Pursuant to Section 50-k of the New York General Municipal Law, this Office must also determine, based on our investigation and a review of the case, whether we may represent the defendant officers, and they must then decide whether they wish to be represented by this Office. See Mercurio v. The City of New York, et al., 758 F.2d 862, 864-65 (2d Cir. 1985) (quoting Williams v. City of New York, et al., 64 N.Y.2d 800, 486 N.Y.S.2d 918 (1985) (decision whether to represent individual defendants is made by the Corporation Counsel as set forth in state law)). If so, we must obtain their written authorizations. Only after this procedure has been followed can we determine how to proceed in this case. As I have not yet met with all newly named defendants, this process has not yet been completed.

I anticipate being able to meet with the remaining 7 defendants and resolving representation within the next thirty days.

For the foregoing reasons, defendant City respectfully requests, with plaintiffs' consent, that the Court grant an extension of time for the City, defendant Officers Allyson Echavarria and Nicholas Albergo, and all newly added defendants to answer or otherwise respond to the Amended Complaint in this matter, from January 27, 2025 to February 26, 2025.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Joseph M. Hiraoka, Jr.
Joseph M. Hiraoka, Jr.
*Senior Counsel*
Special Federal Litigation Division

cc: **By E.C.F.**
All Counsel of Record