UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

ANEES HASNAIN, and LUIS MEJIA,

                              Plaintiffs,

            -v-

CITY OF NEW YORK, NICHOLAS ALBERGO, NYPD POLICE OFFICER (TAX 954471), ALLYSON ECHAVARRIA, NYPD POLICE OFFICER (TAX 951703), NYPD POLICE OFFICER FREDDY SUAZO, NYPD SGT. GIANFRANCO RUBINO, NYPD POLICE OFFICER BENJAMIN BEIRO, NYPD SGT. ROBERT LIVINGSTON, NYPD CAPTAIN ANGEL AMAYA, NYPD POLICE OFFICER JASON CASTILLO, NYPD POLICE OFFICER NICHOLAS NOTO, NYPD POLICE OFFICER NICHOLAS BLAKE, NYPD POLICE OFFICER JOHNNY SOLORZANO, AND NYPD POLICE OFFICER DIANA SCHUTZ,

                              Defendants.
------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

24-CV-06221 (JLR)

        **PLEASE TAKE NOTICE** that **YINI ZHANG**, Senior Counsel, hereby appears as counsel of record on behalf of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for defendants City of New York, Nicholas Albergo, Allyson Echavarria, Gianfranco Rubino, Robert Livingston, Angel Amaya, Jason Castillo, Nicholas Noto, Nicholas Blake, Johnny Solorzano, Diana Schutz, Freddy Suazo, and Benjamin Beiro. I certify that I am admitted to practice before this Court. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated: July 24, 2025
       New York, New York

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street, Room 3-178
New York, NY 10007
T: (212) 356-3541
E: yinzhan@law.nyc.gov

By:    *s/* *Yini Zhang*
          Yini Zhang
          *Senior Counsel*
          Special Federal Litigation Division

cc:    *Counsel of Record* **(BY ECF)**