

# COHEN&GREEN

August 18, 2025

Hon. Jennifer L. Rochon U.S.D.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

By Electronic Filing.

Re:    Hasnain v. City of New York, et. al., 24-cv-06221 (JLR)

Dear Judge Rochon:

I am co-counsel for Plaintiff in the case above and will be appearing at the Initial Pre-Trial Conference tomorrow.

I write to respectfully request the Court's approval to bring two devices into the Courthouse tomorrow – a cell phone and a laptop – and apologize for not having sent in this request earlier.

I thank the Court for its time and attention.

Respectfully submitted,

Regina Yu

Regina Yu
COHEN&GREEN P.L.L.C.
Attorneys for Plaintiff
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.