UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X

ANEES HASNAIN AND LUIS MEJIA,

                                                      Plaintiffs,

                              -against-

THE CITY OF NEW YORK, NYPD POLICE OFFICER
NICHOLAS ALBERGO (TAX 954471), NYPD POLICE
OFFICER ALLYSON ECHAVARRIA (TAX 951703), NYPD
POLICE OFFICER FREDDY SUAZO, NYPD SGT.
GIANFRANCO RUBINO, NYPD POLICE OFFICER
BENJAMIN BEIRO, NYPD SGT. ROBERT LIVINGSTON,
NYPD CAPTAIN ANGEL AMAYA, NYPD POLICE
OFFICER JASON CASTILLO, NYPD POLICE OFFICER
NICHOLAS NOTO, NYPD POLICE OFFICER NICHOLAS
BLAKE, NYPD POLICE OFFICER JOHNNY
SOLORZANO, AND NYPD POLICE OFFICER DIANA
SCHUTZ,

                                                      Defendants.

-------------------------------------------------------------------------- X

**STIPULATION AND
ORDER OF DISMISSAL
AS TO PLAINTIFF LUIS
MEJIA**

24-CV-6221 (JLR)

        **WHEREAS,** plaintiff Luis Mejia and defendants have reached a settlement

agreement and now desire to resolve the remaining issues raised in this litigation, without further

proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by

and between the undersigned, that all of plaintiff Luis Mejia's claims in the above-referenced

action are hereby dismissed with prejudice.

Dated: New York, New York
       July 22              , 2025

COHEN GREEN, PLLC
*Attorneys for Plaintiff Mejia*
1639 Centre Street, Suite 216
Ridgewood, NY 11385

By: *Elena Cohen*
    Elena Cohen
    *Attorney for Plaintiff Mejia*

MURIEL GOODE-TRUFANT
Corporation Counsel of the
    City of New York
*Attorney for Defendants  City of New York,*
    *Albergo, Echavarria, Suazo, Rubino,*
    *Beiro, Livingston, Amaya, Castillo, Noto,*
    *Blake, Solorzano, and Schutz*
100 Church Street, 3rd Floor
New York, New York 10007

By: *s/ Yini Zhang*
~~Joseph M. Hiraoka, Jr.~~ Yini Zhang
*Senior Counsel*

SO ORDERED:

_____

HON. JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE

Dated: _____, 2025

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X

ANEES HASNAIN AND LUIS MEJIA,

                              Plaintiffs,

                -against-

THE CITY OF NEW YORK, NYPD POLICE OFFICER
NICHOLAS ALBERGO (TAX 954471), NYPD POLICE
OFFICER ALLYSON ECHAVARRIA (TAX 951703),
NYPD POLICE OFFICER FREDDY SUAZO, NYPD SGT.
GIANFRANCO RUBINO, NYPD POLICE OFFICER
BENJAMIN BEIRO, NYPD SGT. ROBERT LIVINGSTON,
NYPD CAPTAIN ANGEL AMAYA, NYPD POLICE
OFFICER JASON CASTILLO, NYPD POLICE OFFICER
NICHOLAS NOTO, NYPD POLICE OFFICER NICHOLAS
BLAKE, NYPD POLICE OFFICER JOHNNY
SOLORZANO, AND NYPD POLICE OFFICER DIANA
SCHUTZ,

                              Defendants.

-------------------------------------------------------------------------- X

**STIPULATION OF
SETTLEMENT AS TO
PLAINTIFF LUIS MEJIA**

24-CV-6221 (JLR)

      **WHEREAS,** plaintiffs commenced this action by filing a complaint on or about

August 16, 2024, alleging that the defendants violated plaintiff's federal civil rights; and

      **WHEREAS,** defendants City of New York, Albergo, Echavarria, Suazo, Rubino,

Beiro, Livingston, Amaya, Castillo, Noto, Blake, Solorzano, and Schutz have denied any and all

liability arising out of plaintiffs' allegations; and

      **WHEREAS,** plaintiff Luis Mejia and the defendants now desire to resolve the

issues raised in this litigation, without further proceedings and without admitting any fault or

liability; and

      **WHEREAS,** plaintiff Luis Mejia has authorized his counsel to settle this matter

on the terms set forth below;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1.    The above-referenced action is hereby dismissed as to plaintiff Luis Mejia against defendants, with prejudice, and without costs, expenses, or attorneys' fees except as specified in paragraph "2" below.

2.    Defendant City of New York hereby agrees to pay plaintiff Luis Mejia the sum of Seven Thousand Five Hundred ($7,500.00) Dollars in full satisfaction of all of his claims, including claims for costs, expenses and attorneys' fees.  In consideration for the payment of this sum, plaintiff agrees to the dismissal of all of his claims against the defendants and to release defendants City of New York, Albergo, Echavarria, Suazo, Rubino, Beiro, Livingston, Amaya, Castillo, Noto, Blake, Solorzano, and Schutz; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all liability, claims, or rights of action alleging a violation of plaintiff's civil rights and any and all related state law claims, from the beginning of the world to the date of the General Release, including claims for costs, expenses, and attorneys' fees.

3.    Plaintiff Luis Mejia shall execute and serve on the City of New York's attorney by legal tender (either by personal service or certified mail) at 100 Church Street, New York, New York 10007 all documents necessary to effect this settlement, including, without limitation, a General Release, based on the terms of paragraph "2" above, IRS Form W-9 from plaintiff and plaintiff's counsel, and an Affidavit of Status of Liens.  Prior to tendering the requisite documents to effect this settlement, Medicare-recipient plaintiffs must obtain and submit a final demand letter from their Medicare provider(s) for the reimbursement of any

2

conditional payments made for the injuries claimed in this matter.  A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26.

       4.    Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff Luis Mejia's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules or regulations of any department or subdivision of the City of New York.  This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, except to enforce the terms of this agreement.

       5.    Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

       6.    Plaintiff Luis Mejia agrees to hold harmless defendants regarding any past and/or future Medicare claims, presently known or unknown, in connection with this matter.  If Medicare claims are not satisfied, defendants reserve the right to issue a multiparty settlement check naming the Medicare provider as a payee or to issue a check directly to the Medicare provider for the amount claimed in the Medicare provider's final demand letter.

       7.    This Stipulation of Settlement contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation of Settlement regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

3

Dated:  New York, New York
        July 22          , 2025

COHEN GREEN, PLLC                        MURIEL GOODE-TRUFANT
*Attorneys for Plaintiff Mejia*          Corporation Counsel of the
1639 Centre Street, Suite 216                City of New York
Ridgewood, NY 11385                      *Attorney for Defendants City of New York,*
                                             *Albergo, Echavarria, Suazo, Rubino,*
                                             *Beiro, Livingston, Amaya, Castillo, Noto,*
                                             *Blake, Solorzano, and Schutz*
                                         100 Church Street, 3rd Floor
                                         New York, New York 10007

By: *Elena Cohen*                        By:  s/ Yini Zhang
    Elena Cohen                              ~~Joseph M. Hiraoka, Jr.~~Yini Zhang
    *Attorney for Plaintiff Mejia*           *Senior Counsel*

4