UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

ANEES HASNAIN AND LUIS MEJIA,

                                        Plaintiffs,

        -against-

THE CITY OF NEW YORK, NYPD POLICE OFFICER NICHOLAS ALBERGO (TAX 954471), NYPD POLICE OFFICER ALLYSON ECHAVARRIA (TAX 951703), NYPD POLICE OFFICER FREDDY SUAZO, NYPD SGT. GIANFRANCO RUBINO, NYPD POLICE OFFICER BENJAMIN BEIRO, NYPD SGT. ROBERT LIVINGSTON, NYPD CAPTAIN ANGEL AMAYA, NYPD POLICE OFFICER JASON CASTILLO, NYPD POLICE OFFICER NICHOLAS NOTO, NYPD POLICE OFFICER NICHOLAS BLAKE, NYPD POLICE OFFICER JOHNNY SOLORZANO, AND NYPD POLICE OFFICER DIANA SCHUTZ,

                                        Defendants.

---------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL AS TO PLAINTIFF LUIS MEJIA**

24-CV-6221 (JLR)

       **WHEREAS**, plaintiff Luis Mejia and defendants have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that all of plaintiff Luis Mejia's claims in the above-referenced action are hereby dismissed with prejudice.

Dated: New York, New York
     July 22 _____, 2025

| | |
|---|---|
| COHEN GREEN, PLLC<br>*Attorneys for Plaintiff Mejia*<br>1639 Centre Street, Suite 216<br>Ridgewood, NY 11385 | MURIEL GOODE-TRUFANT<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants City of New York,*<br>  *Albergo, Echavarria, Suazo, Rubino,*<br>  *Beiro, Livingston, Amaya, Castillo, Noto,*<br>  *Blake, Solorzano, and Schutz*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: *Elena Cohen*<br>    Elena Cohen<br>    *Attorney for Plaintiff Mejia* | By: *ini*<br>    ~~Joseph Hiraoka, Jr.~~ ini Zhang<br>    *Senior Counsel* |

SO ORDERED:

*Jennifer Rochon*
_____

Dated: August 28, 2025
     New York, New York