UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
ANEES HASNAIN AND LUIS MEJIA,

                      Plaintiff(s),

  -against-                                              Case No. 24-cv-06221

THE CITY OF NEW YORK, NYPD POLICE OFFICER    **NOTICE OF**
NICHOLAS ALBERGO (TAX 954471), NYPD POLICE    **APPEARANCE**
OFFICER ALLYSON ECHAVARRIA (TAX 951703),
AND NYPD MEMBER DOES 1-9,

                      Defendant(s).
-------------------------------------------------X

To the Clerk of this Court and all Parties of record:

    **PLEASE TAKE NOTICE** that David B. Rankin, Esq. hereby appears in the above-captioned action for Plaintiff(s) ANEES HASNAIN AND LUIS MEJIA and that all papers in this action should be served upon the undersigned at the below-listed address.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
       October 28, 2025

                                            Respectfully Submitted,

                            By:   */s/ David B. Rankin*
                                  Beldock Levine & Hoffman, LLP
                                  99 Park Avenue, PH/26th Floor
                                  New York, New York 10016
                                  212-277-5825

drankin@blhny.com

1