

**Muriel Goode-Trufant**
*Acting Corporation Counsel*

T HE C ITY OF N EW Y ORK
**L AW D EPARTMENT**
100 CHURCH STREET
NEW YORK , NEW YORK 10007

Yini Zhang
Senior Counsel
yinzhan@law.nyc.gov
Phone: (212) 356-3541

December 16, 2025

**BY ECF**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Request GRANTED. The Court will enter the revised CMP.

Date:   December 17, 2025
        New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re: <u>Anees Hasnain and Luis Mejia v. City of New York, et al.</u>
    24-CV-6221 (JLR)

Your Honor:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing defendants City of New York, Nicholas Albergo, Allyson Echavarria, Gianfranco Rubino, Robert Livingston, Angel Amaya, Jason Castillo, Nicholas Noto, Nicholas Blake, Johnny Solorzano, Diana Schutz, Freddy Suazo, and Benjamin Beiro (hereinafter "defendants") in the above referenced matter. The parties respectfully request a 62-day extension of fact discovery from December 17, 2025 to February 17, 2026, and subsequent adjustment of the Civil Case Management Plan and Scheduling Order issued by the Court on August 19, 2025 as reflected in the attached proposed Revised Scheduling Order. ECF No. 48. This is the parties' first request for an extension of fact discovery.

      The parties have exchanged discovery demands and some discovery in this matter. However, due to difficulties obtaining necessary documents and scheduling conflicts, the parties are still in the process of exchanging documents and have not completed depositions. Additionally, plaintiff's counsel has been on trial on two separate matters in December. As a result of the foregoing, the parties respectfully request a 62-day extension of fact discovery from December 17, 2025 to February 17, 2026, and corresponding adjustment of the Civil Case Management Plan for the subsequent dates as reflected in the attached proposed Revised Scheduling Order.

      Thank you for your consideration herein.

Respectfully submitted,

/s/ *Yini Zhang*

Yini Zhang
Senior Counsel
Special Federal Litigation Division

cc:    Counsels of Record (by ECF)