

February 10, 2026

Hon. Jennifer L. Rochon, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

<u>By Electronic Filing.</u>

    Re:    <u>Anees Hasnain v. City of New York, et al.</u>, 24-cv-06221 (JLR)

Dear Judge Rochon:

    I am co-counsel for Plaintiff Anees Hasnain in this matter. I write jointly with counsel for Defendants to ask that the Court extend the deadline to complete fact discovery in this matter from February 17, 2026 to June 1, 2026. The parties made one previous motion for an extension of this deadline, which the Court granted on December 17, 2025. *See* ECF 53.

    We now bring this application in light of the status of discovery in this case. The parties have exchanged some written discovery, and are working collaboratively to complete paper discovery before beginning depositions. Further, Plaintiff is still undergoing medical treatment for her relevant injuries, and has an appointment scheduled with a specialist in April.

    If the Court does not grant this application, the parties ask that the Court extend each of the deadlines in the attached proposed Revised Case Management Plan and Scheduling Order to the extent the Court determines is reasonable under the circumstances.

    We thank Your Honor for the Court's attention to this matter.

Respectfully submitted,

/s/
_____
Regina Yu
**COHEN&GREEN P.L.L.C.**
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF.

**Request for 4-month extension DENIED. The incident at issue here occurred in 2021 and therefore this case needs to be litigated expeditiously. A prior extension request was also already granted. Dkt. 53. The parties shall appear for a video conference on February 13, 2026, at 2:30 p.m. to discuss scheduling. Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2(B) and will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 396 948 726#.**

SO ORDERED.

Date:    February 11, 2026
             New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON
United States District Judge**