

February 12, 2026

Hon. Jennifer L. Rochon, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

By Electronic Filing.

  Re: <u>Anees Hasnain v. City of New York, et al.</u>, 24-cv-06221 (JLR)

Dear Judge Rochon:

  I am co-counsel for Plaintiff Anees Hasnain in the above-captioned matter. I write jointly with defense counsel to request an adjournment of the video conference currently scheduled to take place tomorrow, February 13th, at 9:30am.

  By way of background, the undersigned attempted to confer with ACC Yini Zhang, the Law Department attorney assigned to this case, regarding the joint letter due in advance of the conference pursuant to the Court's Individual Rule 2(b), but received an auto-reply in response. The undersigned then contacted ACC Zhang's supervising attorney, who indicated ACC Zhang is out of the office due to illness, and it's uncertain whether she will be well enough to return to work tomorrow. Because Plaintiff's counsel has been unable to confer with the ACC assigned to the case, the parties have also not been able to agree upon three alternative dates to propose.

  In light of the above circumstances, although Plaintiff's counsel remains available to appear tomorrow morning per the Court's Order, the parties request an adjournment of the conference to another date convenient for the Court.

  We thank Your Honor for your time and attention to this matter.

            Respectfully submitted,

            /s/
            _____
            Regina Yu
            **COHEN&GREEN P.L.L.C.**
            1639 Centre St., Suite 216
            Ridgewood, New York 11385

cc:
All relevant parties by ECF.