

**Steven Banks**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK , NEW YORK 10007

Yini Zhang
Senior Counsel
yinzhan@law.nyc.gov
Phone: (212) 356-3541

February 17, 2026

**BY ECF**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: <u>Anees Hasnain and Luis Mejia v. City of New York, et al.</u>
         24-CV-6221 (JLR)

Your Honor:

    I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing defendants City of New York, Nicholas Albergo, Allyson Echavarria, Gianfranco Rubino, Robert Livingston, Angel Amaya, Jason Castillo, Nicholas Noto, Nicholas Blake, Johnny Solorzano, Diana Schutz, Freddy Suazo, and Benjamin Beiro (hereinafter "defendants") in the above referenced matter. In that capacity, I submit this joint letter containing the information for counsel appearing at the February 18, 2026 conference.

<u>For Plaintiff:</u>
Remy Green
929-888-9480
Email: remy@femmelaw.com

Regina Yu
603-289-5455
Email: regina@femmelaw.com

<u>For Defendants:</u>
Yini Zhang
212-356-3541
Email: yinzhan@law.nyc.gov

    The undersigned sincerely apologizes to the Court that this letter has not been submitted at least 48-hours prior to the conference, pursuant to the Court's Individual Rules of Practice. The undersigned has been out of the office due to illness and only returned to work today.

    Thank you for your consideration herein.

                                            Respectfully submitted,

                                            /s/ *Yini Zhang*

                                            Yini Zhang
                                            Senior Counsel
                                            Special Federal Litigation Division

cc:      Counsels of Record (by ECF)