UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANEES HASNAIN,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

Case No. 1:24-cv-06221 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    For the reasons stated during the February 18, 2026, conference, the Court's denial of parties' request for a 4-month extension to discovery at Dkt. 56 is HEREBY VACATED. Discovery shall be extended in accordance with parties' request at Dkt. 55, and the Court will enter a revised Case Management Plan to reflect this extension. The parties should not expect future extensions to discovery.

Dated: February 18, 2026
       New York, New York

                            SO ORDERED.

                            *Jennifer Rochon*
                            JENNIFER L. ROCHON
                            United States District Judge