UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
ANEES HASNAIN,

                        *Plaintiff*,

      v.

CITY OF NEW YORK, et al.,

                        *Defendants.*
----------------------------------------------------------------------X

Case No. 24-cv-06221 (JLR)

AFFIRMATION OF SERVICE

Carlin Brito, a paralegal for Cohen & Green P.L.L.C., affirms under penalty of perjury and pursuant to CPLR 2106 as follows:

1. I am over 18 years of age and not a party to this action.

2. My firm is counsel to Plaintiff in the above captioned matter.

3. On March 13, 2026, at or around 3:41 p.m., I personally served a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action in the above-captioned matter upon Regina Lombardo, Chief Security Officer of Metropolitan Museum of Art, by hand-delivering a true copy thereof to Regina Lombardo, at the following address:

    Metropolitan Museum of Art
    1000 5th Avenue
    New York, NY 10028

4. Description of the person served:

    Age: Approximately 60
    Ethnicity: White
    Gender: Female
    Weight: 150 lbs
    Height: 5'4"
    Hair color: Brown
    Eye color: Brown

5. I asked Regina Lombardo, as she personally accepted service, whether she was in active military service of the United States or of the State of New York in any capacity whatever and received a

negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

I affirm this 16th day of March 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: New York, NY
       March 16, 2026

                                             /s/
                                  _____
                                  Carlin Brito