**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------------------------------- X

ANEES HASNAIN,                                                         :    24-cv-6221 (JLR)

                                                                      :

                                            *Plaintiff,*               :    **NOTICE OF DEPOSITION**

                                                                      :

          - against -                                                  :

                                                                      :

THE CITY OF NEW YORK, NICHOLAS ALBERGO,                                :

ALLYSON ECHAVARRIA, GIANFRANCO RUBINO,                                :

ROBERT LIVINGSTON, ANGEL AMAYA, JASON                                 :

CASTILLO, NICHOLAS NOTO, NICHOLAS BLAKE,                              :

JOHNNY SOLORZANO, DIANA SCHUTZ, FREDDY                                :

SUAZO, and BENJAMIN BEIRO,                                            :

                                                                      :

                                            *Defendants.*              :

                                                                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      **PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Plaintiff in the above captioned case will take the deposition upon oral examination of

the following individuals, commencing at the times and on the dates indicated, and continuing

from day to day thereafter, or upon such adjourned date as may be agreed upon, until concluded.

These depositions shall take place before a notary public or other officer authorized by law to

administer oaths by remote means (via videoconference) pursuant to Rule 30(b)(4) of the Federal

Rules of Civil Procedure. Pursuant to Rule 30(b)(3)(A) of the Federal Rules of Civil Procedure,

the deposition will be recorded by a court reporter and/or audiovisual means.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 34 of the Federal Rules of

Civil Procedure, Defendants are required to produce, by electronic delivery, in advance of any

given deposition, any and all materials in any form they may have related in any way to the

subject matter of that deposition.

      You are invited to attend and cross-examine.

1

| Deponent | Date | Time |
|---|---|---|
| SERGEANT NICHOLAS ALBERGO | March 13, 2026 | 10:00 AM |
| SERGEANT ALLYSON ECHAVARRIA | March 16, 2026 | 10:00 AM |
| SERGEANT GIANFRANCO RUBINO | March 18, 2026 | 10:00 AM |
| SERGEANT ROBERT LIVINGSTON | March 20, 2026 | 10:00 AM |
| DEPUTY INSPECTOR ANGEL AMAYA | March 23, 2026 | 10:00 AM |
| SERGEANT JASON CASTILLO | March 24, 2026 | 10:00 AM |
| OFFICER NICHOLAS NOTO | March 25, 2026 | 10:00 AM |
| OFFICER FREDDY SUAZO | March 26, 2026 | 10:00 AM |
| OFFICER BENJAMIN BEIRO | March 27, 2026 | 10:00 AM |
| SERGEANT DIANA SCHUTZ | April 15, 2026 | 10:00 AM |
| OFFICER NICHOLAS BLAKE | April 17, 2026 | 10:00 AM |
| SERGEANT JOHNNY SOLORZANO | April 20, 2026 | 10:00 AM |

Dated: March 2, 2026
        Brooklyn, New York

**GIDEON ORION OLIVER**

_____

277 Broadway, Suite 1501
New York, NY  10007
t: 718-783-3682
f: 646-349-2914
Gideon@GideonLaw.com

**COHEN&GREEN P.L.L.C.**

By: _____
Elena L. Cohen

J. Remy Green
Regina Yu

1639 Centre Street, Suite 216
Ridgewood (Queens), NY 11385
t: (929) 888-9480
f: (929) 888-9457
e: elena@femmelaw.com
   remy@femmelaw.com
   regina@femmelaw.com

**BELDOCK LEVINE & HOFFMAN LLP**

By: _____
David B. Rankin
99 Park Avenue, PH/26th Floor
New York, New York 10016
(212) 277-5825
drankin@blhny.com