UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

ANEES HASNAIN,

                                                                    **NOTICE OF APPEARANCE**

                                    Plaintiff,

            -against –

                                                                    24 Civ. 6221 (JLR)


CITY OF NEW YORK, et al.,


                                    Defendants.

------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that **JONATHAN HUTCHINSON**, Senior Counsel,

hereby appears as counsel of record on behalf of Steven Banks, Corporation Counsel of the City

of New York, attorney for defendants City of New York, Nicholas Albergo, Allyson Echavarria,

Freddy Suazo, Gianfranco Rubino, Benjamin Beiro, Robert Livingston, Angel Amaya, Jason

Castillo, Nicholas Noto, Nicholas Blake, Johnny Solorzano, and Diana Schutz. I certify that I am

admitted to practice before this Court.


Dated: New York, New York
           March 19, 2026


                              **STEVEN BANKS**
                              Corporation Counsel of the City of New York
                              *Attorney for Defendants*
                              100 Church Street
                              New York, New York 10007
                              (212) 356-2410
                              jhutchin@law.nyc.gov


                              By:      */s/ Jonathan Hutchinson*
                                        Jonathan Hutchinson
                                        *Senior Counsel*
                                        Special Federal Litigation Division


cc:      **BY ECF**
           Counsel of Record