UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

ANEES HASNAIN AND LUIS MEJIA,

                      Plaintiffs,

             -against-

THE CITY OF NEW YORK, NYPD POLICE OFFICER NICHOLAS ALBERGO (TAX 954471), NYPD POLICE OFFICER ALLYSON ECHAVARRIA (TAX 951703), NYPD POLICE OFFICER FREDDY SUAZO, NYPD SGT. GIANFRANCO RUBINO, NYPD POLICE OFFICER BENJAMIN BEIRO, NYPD SGT. ROBERT LIVINGSTON, NYPD CAPTAIN ANGEL AMAYA, NYPD POLICE OFFICER JASON CASTILLO, NYPD POLICE OFFICER NICHOLAS NOTO, NYPD POLICE OFFICER NICHOLAS BLAKE, NYPD POLICE OFFICER JOHNNY SOLORZANO, AND NYPD POLICE OFFICER DIANA SCHUTZ,

                      Defendants.

**DEFENDANTS CITY OF NEW YORK, ALBERGO, ECHAVARRIA, SUAZO, RUBINO, BEIRO, LIVINGSTON, AMAYA, CASTILLO, NOTO, BLAKE SOLORZANO, AND SCHUTZ'S INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(a)(1)(A) AND LOCAL CIVIL RULE 83.10**

24-CV-6221 (JLR)

-----------------------------------------------------------------------x

Defendants City of New York, Albergo, Echavarria, Suazo, Rubino, Beiro, Livingston, Amaya, Castillo, Noto, Blake, Solorzano, and Schutz ("Defendants"), by their attorney, Muriel Goode-Trufant, Corporation Counsel of the City of New York, pursuant to Rule 26(a) of the Federal Rules of Civil Procedure and Local Civil Rule 83.10, hereby submit the following for their initial disclosures:

      (i)    The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:

1. Anees Hasnain, *plaintiff;*

2. Luis Mejia, *plaintiff;*

3. Police Officer Nicholas Albergo, Shield #17802, New York City Police Department, *facts and circumstances regarding alleged incident;*[1]

4. Police Officer Allyson Echavarria, Shield #3113, New York City Police Department, *facts and circumstances regarding alleged incident;*

5. Police Officer Freddy Suazo, Shield #28151, New York City Police Department, *facts and circumstances regarding alleged incident;*

6. Sergeant Gianfranco Rubino (Retired), Shield #541, New York City Police Department, *facts and circumstances regarding alleged incident;*

7. Police Officer Benjamin Beiro, Shield #7399, New York City Police Department, *facts and circumstances regarding alleged incident*

8. Sergeant Robert Livingston, Shield #1303, New York City Police Department, *facts and circumstances regarding alleged incident;*

9. Captain Angel Amaya, New York City Police Department, *facts and circumstances regarding alleged incident;*

10. Police Officer Jason Castillo, Shield #15434, New York City Police Department, *facts and circumstances regarding alleged incident;*

11. Police Officer Nicholas Noto, Shield #20757, New York City Police Department, *facts and circumstances regarding alleged incident*

12. Police Officer Nicholas Blake, Shield #23324, New York City Police Department, *facts and circumstances regarding alleged incident;*

13. Police Officer Johnny Solorzano, Shield #3216, New York City Police Department, *facts and circumstances regarding alleged incident;* and

---

[1] All communication with police officers identified herein, any other New York City Police Department employee, or any New York City agency or agent regarding this matter or the underlying incident, other than service of process, should be made through counsel.

- 2 -

14. Police Officer Diana Schutz, Shield #5948, New York City Police Department, *facts and circumstances regarding alleged incident*;

15. Defendants incorporate individuals identified in plaintiffs' initial disclosures and any subsequent supplemental disclosures made by plaintiffs;

16. Defendants incorporate any individuals mentioned in the documents annexed hereto and any subsequent disclosures; and

17. Defendants incorporate any individuals mentioned in plaintiffs' medical records who rendered medical treatment to plaintiffs.

(ii)    A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:

1. Omniform System Arrest Report No. M21628492-K, bearing Bates Stamp Nos. D_00001-00003;

2. Omniform System Complaint Report No. 2021-019-005954, bearing Bates Stamp Nos. D_00004-00006;

3. Summons No. 4447166320, bearing Bates Stamp Nos. D_00007-00008;

4. Summons No. 4447166334, bearing Bates Stamp Nos. D_00009-00010;

5. NYPD Police Officer Benjamin Beiro's Activity Log for September 13, 2021, bearing Bates Stamp No. D_00011;

6. NYPD Police Officer Diana Schutz's Activity Log for September 13, 2021, bearing Bates Stamp Nos. D_00012-00014;

7. NYPD Police Officer Nicholas Blake's Activity Log for September 13, 2021, bearing Bates Stamp No. D_00015;

8. NYPD Police Officer Freddy Suazo's Activity Log for September 13, 2021, bearing Bates Stamp No. D_00016;

9. NYPD Police Officer Jason Castillo's Activity Log for September 13, 2021, bearing Bates Stamp Nos. D_00017-00019;

10. NYPD Police Officer Nicholas Noto's Activity Log for September 13, 2021, bearing Bates Stamp Nos. D_00020-00021;

11. NYPD Sergeant Gianfranco Rubino's Activity Log for September 13, 2021, bearing Bates Stamp Nos. D_00022-00023;

12. NYPD Sergeant Robert Livingston's Activity Log for September 13, 2021, bearing Bates Stamp Nos. D_00024-00025;

13. NYPD Police Officer Nicholas Albergo's Activity Log for September 13, 2021, bearing Bates Stamp Nos. D_00026-00029;

14. NYPD Police Officer Johnny Solorzano's Activity Log for September 13, 2021, bearing Bates Stamp Nos. D_00030-00031;

15. NYPD Captain Angelica Amaya's Activity Log for September 13, 2021, bearing Bates Stamp No. D_00032;

16. NYPD Police Officer Allyson Echavarria's Activity Log for September 13, 2021, bearing Bates Stamp Nos. D_00033-00038;

17. Online Prisoner Arraignment Form for plaintiff Luis Mejia, bearing Bates Stamp Nos. D_00039-00040;

18. New York Criminal Court file for plaintiff Luis Mejia, bearing Bates Stamp Nos. D_00041-00044;

19. Body Worn Camera ("BWC") footage of Police Officer Allyson Echavarria that will be provided by March 26, 2025;

20. BWC footage of Police Officer Freddy Suazo that will be provided by March 26, 2025;

21. BWC footage of Sergeant Gianfranco Rubino that will be provided by March 26, 2025;

22. BWC footage of Police Officer Benjamin Beiro that will be provided by March 26, 2025;

23. BWC footage of Sergeant Robert Livingston that will be provided by March 26, 2025;

- 4 -

24.  BWC footage of Captain Angelica Amaya that will be provided by March 26, 2025;

25.  BWC footage of Police Officer Nicholas Albergo that will be provided by March 26, 2025;

26.  BWC footage of Police Officer Jason Castillo that will be provided by March 26, 2025;

27.  BWC footage of Police Officer Nicholas Noto that will be provided by March 26, 2025;

28.  BWC footage of Police Officer Nicholas Blake that will be provided by March 26, 2025;

29.  BWC footage of Police Officer Johnny Solorzano that will be provided by March 26, 2025; and

30.  BWC footage of Police Officer Diana Schutz that will be provided by March 26, 2025.


(iii)   A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and:

Not applicable.

(iv)   For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:

Not applicable.

Dated: New York, New York
       March 19, 2025

                                    Muriel Goode-Trufant
                                    Corporation Counsel
                                    of the City of New York
                                    *Attorney for Defendants*

- 6 -

100 Church Street
New York, New York 10007
(212) 356-2413
jhiraoka@law.nyc.gov

By:    *Joseph M. Hiraoka, Jr.*
Joseph M. Hiraoka, Jr.
*Senior Counsel*
Special Federal Litigation Division

TO:    **VIA E-MAIL**
Remy Green
*Attorney for Plaintiffs*
remy@femmelaw.com

Gideon Oliver
*Attorney for Plaintiffs*
Gideon@GideonLaw.com