

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**JOSEPH M. HIRAOKA, JR.**
*Senior Counsel*
Phone: (212) 356-2413
Fax: (212) 356-1148
jhiraoka@law.nyc.gov

March 31, 2025

**BY E-MAIL**
Cohen & Green, PLLC
1639 Centre Street, Suite 216
Ridgewood, NY 11385
remy@femmelaw.com

Gideon Oliver, Esq.
277 Broadway, Suite 1501
New York, NY 10007
Gideon@GideonLaw.com

Re:     Anees Hasnain, et al. v. City of New York, et al., 24-CV-6221 (JLR)

Dear Counselors:

We represent defendants in this matter. Pursuant to Local Civil Rule 83.10, enclosed please find the following:

1. CCRB Officer History for Police Officer Nicholas Albergo, produced herein bearing Bates Stamp Nos. D_00045-00046;

2. CCRB Officer History for Captain Angelica Amaya, produced herein bearing Bates Stamp No. D_00047;

3. CCRB Officer History for Police Officer Benjamin Beiro, produced herein bearing Bates Stamp No. D_00048;

4. CCRB Officer History for Police Officer Nicholas Blake, produced herein bearing Bates Stamp No. D_00049;

5. CCRB Officer History for Police Officer Jason Castillo, produced herein bearing Bates Stamp No. D_00050;

6. CCRB Officer History for Police Officer Allyson Echavarria, produced herein bearing Bates Stamp No. D_00051;

7. CCRB Officer History for Sergeant Robert Livingston, produced herein bearing Bates Stamp No. D_00052;

8. CCRB Officer History for Police Officer Nicholas Noto, produced herein bearing Bates Stamp No. D_00053;

9. CCRB Officer History for Sergeant Gianfranco Rubino, produced herein bearing Bates Stamp No. D_00054;

10. CCRB Officer History for Police Officer Diana Schutz, produced herein bearing Bates Stamp No. D_00055;

11. CCRB Officer History for Police Officer Johnny Solorzano, produced herein bearing Bates Stamp No. D_00056;

12. CCRB Officer History for Police Officer Freddy Suazo, produced herein bearing Bates Stamp No. D_00057;

13. CPI for Police Officer Nicholas Albergo, produced herein bearing Bates Stamp Nos. D_00058-00066;

14. CPI for Police Officer Benjamin Beiro, produced herein bearing Bates Stamp Nos. D_00067-00069;

15. CPI for Police Officer Nicholas Blake, produced herein bearing Bates Stamp Nos. D_00070-00071;

16. CPI for Police Officer Jason Castillo, produced herein bearing Bates Stamp Nos. D_00072-00074;

17. CPI for Police Officer Allyson Echavarria, produced herein bearing Bates Stamp No. D_00075;

18. CPI for Sergeant Robert Livingston, produced herein bearing Bates Stamp Nos. D_00076-00079;

19. CPI for Police Officer Nicholas Noto, produced herein bearing Bates Stamp No. D_00080;

20. CPI for Sergeant Gianfranco Rubino, produced herein bearing Bates Stamp Nos. D_00081-00082;

21. CPI for Police Officer Johnny Solorzano, produced herein bearing Bates Stamp No. D_00083;

22. CPI for Police Officer Freddy Suazo, produced herein bearing Bates Stamp Nos. D_00084-00087; and

23. CPI for Captain Angelica Amaya, produced herein bearing Bates Stamp Nos. D_00088-00089.

In addition, the following has been sent via Kiteworks as a supplement to defendants' initial disclosures:

1. Body Worn Camera ("BWC") footage of Police Officer Nicholas Albergo, that was sent via Kiteworks on March 31, 2025, bearing Bates Stamp Nos. D_00090-00091;

2. BWC footage of Captain Angelica Amaya that was sent via Kiteworks on March 31, 2025, bearing Bates Stamp No. D_00092;

3. BWC footage of Police Officer Benjamin Beiro that was sent via Kiteworks on March 31, 2025, bearing Bates Stamp Nos. D_00093-00094;

4. BWC footage of Police Officer Nicholas Blake that was sent via Kiteworks on March 31, 2025, bearing Bates Stamp No. D_00095;

5. BWC footage of Police Officer Jason Castillo that was sent via Kiteworks on March 31, 2025, bearing Bates Stamp Nos. D_00096-00097;

6. BWC footage of Police Officer Allyson Echavarria that was sent via Kiteworks on March 31, 2025, bearing Bates Stamp No. D_00098;

7. BWC footage of Sergeant Robert Livingston that was sent via Kiteworks on March 31, 2025, bearing Bates Stamp No. D_00099;

8. BWC footage of Police Officer Nicholas Noto that was sent via Kiteworks on March 31, 2025, bearing Bates Stamp No. D_00100;

9. BWC footage of Sergeant Gianfranco Rubino that was sent via Kiteworks on March 31, 2025, bearing Bates Stamp Nos. D_00101-000103;

10. BWC footage of Police Officer Diana Schutz that was sent via Kiteworks on March 31, 2025, bearing Bates Stamp No. D_00104;

11. BWC footage of Police Officer Johnny Solorzano that was sent via Kiteworks on March 31, 2025, bearing Bates Stamp Nos. D_00105-00107[1]; and

12. BWC footage of Police Officer Freddy Suazo that was sent via Kiteworks on March 31, 2025, bearing Bates Stamp No. D_000108.

Please note that Police Officer Albergo has been on NYPD monitoring.

---

[1] The date of birth of a non-party has been redacted for, *inter alia*, security and privacy reasons.

Defendants are awaiting the CPI for Police Officer Diana Schutz, and intend to produce it pursuant to Local Civil Rule 83.10(5)(a)(iii) upon receipt.

Very truly yours,

*/s/ Joseph M. Hiraoka, Jr.*

Joseph M. Hiraoka, Jr.
*Senior Counsel*
Special Federal Litigation Division

Encls.

4