

March 23, 2026

Hon. Jennifer L. Rochon, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

By Electronic Filing

  **Re:** **Hasnain v. City of New York, et al., 24-cv-06221 (JLR)**

Dear Judge Rochon:

  I am co-counsel for Plaintiff Anees Hasnain in this matter. I submit this appearance sheet jointly on behalf of the parties pursuant to the Court's Individual Rule 2(B), to provide the Court with the information for counsel appearing at the March 26, 2026 conference.

| For Plaintiff: | For Defendants: |
|---|---|
| Remy Green | Jonathan Hutchinson |
| 929-888-9560 | 917-456-7893 |
| remy@femmelaw.com | jhutchin@law.nyc.gov |
| | |
| Regina Yu | |
| 929-396-7073 | |
| regina@femmelaw.com | |

        Respectfully submitted,

         /s/
       ————————————
       Regina Yu
       Cohen&Green P.L.L.C.
       *Attorneys for Plaintiff*
       1639 Centre St., Suite 216
       Ridgewood, New York 11385

cc:

All Counsel of Record (by ECF)