

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**JONATHAN HUTCHINSON**
*Senior Counsel*
Tel.: (212) 356-2410
Fax: (212) 356-3509
jhutchin@law.nyc.gov

April 6, 2026

<u>**VIA ECF**</u>
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Anees Hasnain v. The City of New York et. al.</u>,
                24 Civ. 6221 (JLR)

Your Honor:

    I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing defendants the City of New York, Nicholas Albergo, Allyson Echavarria, Freddy Suazo, Gianfranco Rubino, Benjamin Beiro, Robert Livingston, Angelica Amaya, Jason Castillo, Nicholas Noto, Nicholas Blake, Johnny Solorzano, and Diana Schutz ("defendants") in the above-referenced matter. Defendants write in accordance with Your Honor's Individual Rules to respectfully inform the Court of their intention to oppose plaintiff's motion to compel filed earlier today. See ECF No. 72.

    By way of background, on March 26, 2026, the Court held a hearing on plaintiff's motion to compel certain discovery responses and for sanctions. <u>See</u> Court Docket Entry dated March 26, 2026. During that hearing, the Court ordered (1) the defendants to respond to plaintiff's requests for Aided reports and line of duty injury reports by April 3, 2026; and (2) the parties to meet and confer and bring any remaining discovery disputes to the Court's attention the week of April 6, 2026. On March 30, 2026, the parties conferred over the telephone to discuss plaintiff's remaining discovery demands. On April 3, 2026, defendants produced amended responses to plaintiff's document requests regarding Aided reports and line of duty injury reports. On April 6, 2026, at 10:46 a.m., defendants produced Internal Affairs Bureau resumes for all twelve individually named defendants, to the extent they reflect allegations of misconduct similar in nature to those in the Amended Complaint or allegations that relate to false statements, credibility, or truthfulness, made within the last ten years prior to the incident involving plaintiff.

On April 6, 2026, at 10:47 a.m., plaintiff filed a motion for a conference regarding purported discovery disputes, which was rife with inaccuracies and misrepresentations regarding defendants' positions. See ECF No. 72.

In accordance with Your Honor's Individual Rules regarding discovery disputes, defendants respectfully inform the Court that they intend to more fully respond to plaintiff's April 6, 2026 letter within three business days, by April 9, 2026. See JLR Rochon Individual Rules of Practice, § 2(E).

Thank you for your consideration herein.

Respectfully submitted,

/s/ Jonathan Hutchinson
Jonathan Hutchinson
*Senior Counsel*
Special Federal Litigation Division

cc:    **VIA ECF**
Counsel of record