# EXHIBIT A

Excerpt of September 13, 2021 Body-Worn Camera Footage
of Sergeant Albergo

Accessible at:
https://drive.google.com/drive/folders/14WPuElFAnSBMFH1LWQRV4
zVx470ntHo7?usp=drive_link