UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANEES HASNAIN,

                 Plaintiff,

       -against-

CITY OF NEW YORK, et al.,

                 Defendants.

Case No. 1:24-cv-06221 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On April 10, 2026, the Court held a discovery conference whereby it addressed various issues. For the reasons set forth on the record, the Court ORDERS the following:

1. Discovery in this matter shall be **extended 45 days**. The parties are directed to submit in a new case management plan by **April 14, 2026** reflecting this extension.

2. Defendants are ordered to produce the following documents:

   a. Closing Reports for incidents listed in the redacted CCRB histories and IAB resumes that were produced pertaining to Defendants Freddy Suazo, Gianfranco Rubino, Benjamin Beiro, Robert Livingston, Angel Amaya, Jason Castillo, Allyson Echavarria, and Nicholas Albergo.

   b. Training materials dating back no more than ten (10) years before the incident for Defendants Freddy Suazo, Gianfranco Rubino, Benjamin Beiro, Robert Livingston, Angel Amaya, Jason Castillo, Allyson Echavarria, and Nicholas Albergo pertaining to the six topics identified in Request 40 of Plaintiff's First Set of Interrogatories and Document Requests, dated September 18, 2025.

   c. Patrol Guide and Administrative Guide sections that relate to the six topics identified in Request 40 of Plaintiff's First Set of Interrogatories and

Document Requests, dated September 18, 2025.  FINEST messages and Legal Bureau Bulletins that relate to the six topics identified in Request 40 of Plaintiff's First Set of Interrogatories and Document Requests, dated September 18, 2025, if they are available.

d.   In addition to all relevant text messages and communications sent or received by Defendants Freddy Suazo, Gianfranco Rubino, Benjamin Beiro, Robert Livingston, Angel Amaya, Jason Castillo, Allyson Echavarria, and Nicholas Albergo related to the protest in this case, the deployment text message thread that was issued in connection with the protest at issue in this case, if it exists.

The Documents listed in 2(a)-(d) shall be produced by **April 24, 2026**.  Documents related to Defendants Albrego and Rubino shall be prioritized and documents related to the remaining six Defendants shall be thereafter prioritized in the order of depositions scheduled.  If the documents are not produced at least 48 hours prior to the deposition of the deponent for whom the documents pertain, the deposition shall either be rescheduled or the deponent shall be recalled for an additional deposition limited to topics related to the later-produced documents.

Dated:  April 10, 2026
      New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge

2