

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**JONATHAN HUTCHINSON**
*Senior Counsel*
Tel.: (212) 356-2410
Fax: (212) 356-3509
jhutchin@law.nyc.gov

April 23, 2026

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Anees Hasnain v. The City of New York et. al.,
     24 Civ. 6221 (JLR)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing defendants the City of New York, Nicholas Albergo, Allyson Echavarria, Freddy Suazo, Gianfranco Rubino, Benjamin Beiro, Robert Livingston, Angelica Amaya, Jason Castillo, Nicholas Noto, Nicholas Blake, Johnny Solorzano, and Diana Schutz ("defendants") in the above-referenced matter. Defendants write to respectfully request a 14 day extension of the deadline to produce certain discovery materials, pursuant to the Court's order of April 10, 2026, from April 24, 2026 to May 7, 2026. See ECF No. 77. This is defendants' first request to extend the deadline to produce the discovery materials at issue in the Court's April 10, 2026 order. Plaintiff's counsel, J. Remy Green, Esq., consents to this request, if a corresponding request to extend the deadline to complete fact discovery is also made. Therefore, defendants also respectfully request a 14 day extension of the deadline to complete fact discovery, from July 16, 2026 to July 30, 2026.

By way of background, on April 10, 2026, the parties participated in a conference before the Court, following which the Court ordered defendants to produce to the plaintiff certain NYPD disciplinary records, CCRB disciplinary records, training materials, and policy documents by April 24, 2026. See ECF No. 77. During the conference, the undersigned represented that at least 30 days were needed to produce the NYPD documents. Since April 10, 2026, the undersigned has requested all of the responsive materials ordered by the Court from the NYPD and has communicated with the agency repeatedly since making those requests. On April 23, 2026, the

undersigned was informed that the NYPD materials had not yet been obtained and that additional time was needed to locate and produce those materials. Once obtained, the undersigned will require additional time to review the materials, apply any necessary redactions, and produce them to the plaintiff. On April 23, 2026, the undersigned produced the CCRB documents at issue in the Court's April 10, 2026 order, consisting of closing reports (or "investigative findings"), to plaintiff.

For the reasons outlined above, defendants respectfully request (1) a 14 day extension of defendants' deadline to produce the discovery materials identified in the Court's April 10, 2026 order, from April 24, 2026 to May 7, 2026, and (2) a corresponding 14 day extension of the deadline to complete fact discovery, from July 16, 2026 to July 30, 2026.

Thank you for your consideration herein.

Respectfully submitted,

*/s/ Jonathan Hutchinson*
Jonathan Hutchinson
*Senior Counsel*
Special Federal Litigation Division

cc:    **VIA ECF**
Counsel of record

Request GRANTED.  Defendant shall produce the discovery materials identified in the Court's April 10, 2026 order by **May 7, 2026**.  Given the progress being made and the consent of the parties, the deadline for fact discovery shall be extended to **July 30, 2026**.

SO ORDERED.

Date:    April 24, 2026
    New York, New York

JENNIFER L. ROCHON
**United States District Judge**

2