

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**JONATHAN HUTCHINSON**
*Senior Counsel*
Tel.: (212) 356-2410
Fax: (212) 356-3509
jhutchin@law.nyc.gov

May 6, 2026

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Anees Hasnain v. The City of New York et. al.</u>,
24 Civ. 6221 (JLR)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing defendants the City of New York, Nicholas Albergo, Allyson Echavarria, Freddy Suazo, Gianfranco Rubino, Benjamin Beiro, Robert Livingston, Angelica Amaya, Jason Castillo, Nicholas Noto, Nicholas Blake, Johnny Solorzano, and Diana Schutz ("defendants") in the above-referenced matter. Defendants write to respectfully request a 15 day extension of the deadline to produce certain discovery materials, pursuant to the Court's order of April 10, 2026, from May 7, 2025 to May 22, 2026. <u>See</u> ECF No. 77. This is defendants' second request to extend the deadline to produce the discovery materials at issue in the Court's April 10, 2026 order. Plaintiff's counsel, J. Remy Green, Esq., consents to this request, if a corresponding request to extend the deadline to complete fact discovery is also made. Therefore, defendants also respectfully request a 15 day extension of the deadline to complete fact discovery, from July 30, 2026 to August 14, 2026, with depositions to be completed 30 days before the close of fact discovery.

By way of background, on April 10, 2026, the parties participated in a conference before the Court, following which the Court ordered defendants to produce to the plaintiff certain New York City Police Department ("NYPD") disciplinary records, Civilian Complaint Review Board ("CCRB") disciplinary records, training materials, and policy documents by April 24, 2026. <u>See</u> ECF No. 77. On April 23, 2026, defendants produced the CCRB disciplinary records and requested an extension until May 7, 2026 to produce the remaining materials, on plaintiff's consent. <u>See</u> ECF

No. 80. On April 24, 2026, the Court granted defendants' request to produce the remaining discovery materials by May 7, 2026 and also granted the parties' request to extend the deadline to complete fact discovery to July 30, 2026. See ECF No. 81.

Since April 24, 2026, the undersigned has continued to work diligently with the NYPD to identify and retrieve documentation responsive to the Court's April 10, 2026 order. On May 6, 2026, the undersigned produced sixteen Internal Affairs Bureau ("IAB") closing reports, consisting of 95 pages, to plaintiff. On the same date, defendants also produced medical records that were recently obtained from one of plaintiff's medical providers, Callen-Lorde Community Health Center.

The undersigned was informed by a representative of the NYPD that additional time is needed to identify, retrieve, and produce relevant policy documents which were in effect on the date of the incident, September 13, 2021, and the training materials ordered to be produced by the Court. Once obtained, the undersigned will require additional time to review the materials, apply any necessary redactions, and produce them to the plaintiff.

For the reasons outlined above, defendants respectfully request (1) a 15 day extension of defendants' deadline to produce the discovery materials identified in the Court's April 10, 2026 order, from May 7, 2026 to May 22, 2026, and (2) a corresponding 15 day extension of the deadline to complete fact discovery, from July 30, 2026 to August 14, 2026, with depositions to be completed 30 days before the close of fact discovery.

Thank you for your consideration herein.

Respectfully submitted,

*/s/ Jonathan Hutchinson*
Jonathan Hutchinson
*Senior Counsel*
Special Federal Litigation Division

cc:     **VIA ECF**
        Counsel of record

2