

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**JONATHAN HUTCHINSON**
*Senior Counsel*
Tel.: (212) 356-2410
Fax: (212) 356-3509
jhutchin@law.nyc.gov

May 21, 2026

<u>**VIA ECF**</u>
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: <u>Anees Hasnain v. The City of New York et. al.,</u>
       24 Civ. 6221 (JLR)

Your Honor:

   I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing defendants the City of New York, Nicholas Albergo, Allyson Echavarria, Freddy Suazo, Gianfranco Rubino, Benjamin Beiro, Robert Livingston, Angelica Amaya, Jason Castillo, Nicholas Noto, Nicholas Blake, Johnny Solorzano, and Diana Schutz ("defendants") in the above-referenced matter. Defendants write to respectfully request (1) a 14 day extension of the deadline to produce certain discovery materials, pursuant to the Court's order of April 10, 2026, from May 22, 2026 to June 5, 2026, and (2) a corresponding extension of the deadline to complete fact discovery, from August 14, 2026 to August 28, 2026 (with depositions to be completed 30 days before the close of fact discovery). <u>See</u> ECF No. 77. This is defendants' third request to extend the deadline to produce the discovery materials at issue in the Court's April 10, 2026 Order. Plaintiff's counsel, J. Remy Green, Esq., consents to this request.

   By way of background, defendants produced to plaintiff certain discovery materials which were the subject of the Court's April 10, 2026 order – specifically, CCRB and IAB disciplinary records – on April 23, 2026 and May 6, 2026. Today, on May 21, 2026, defendants produced to plaintiff the remaining IAB disciplinary records and policy documents responsive to the Court's Order. Upon information and belief, the only remaining materials to be disclosed, pursuant to the Court's April 10, 2026 Order, are the NYPD training materials which were described in that Order.

Upon information and belief, the training materials at issue are stored in multiple locations and must be retrieved, duplicated, and produced to the undersigned before the undersigned can review the materials for their production to plaintiff. Additional time is needed to obtain those materials and review them for production.

For the reasons outlined above, defendants respectfully request, with plaintiff's consent, (1) a 14 day extension of the deadline to produce certain discovery materials, pursuant to the Court's Order of April 10, 2026, from May 22, 2026 to June 5, 2026, and (2) a corresponding extension of the deadline to complete fact discovery, from August 14, 2026 to August 28, 2026 (with depositions to be completed 30 days before the close of fact discovery).

Thank you for your consideration herein.

Respectfully submitted,

*/s/ Jonathan Hutchinson*
Jonathan Hutchinson
*Senior Counsel*
Special Federal Litigation Division

cc:    **VIA ECF**
Counsel of record

2