

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**JONATHAN HUTCHINSON**
*Senior Counsel*
Tel.: (212) 356-2410
Fax: (212) 356-3509
jhutchin@law.nyc.gov

June 4, 2026

<u>**VIA ECF**</u>
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    <u>Anees Hasnain v. The City of New York, et. al.,</u>
> 24 Civ. 6221 (JLR)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing defendants the City of New York, Nicholas Albergo, Allyson Echavarria, Freddy Suazo, Gianfranco Rubino, Benjamin Beiro, Robert Livingston, Angelica Amaya, Jason Castillo, Nicholas Noto, Nicholas Blake, Johnny Solorzano, and Diana Schutz ("defendants") in the above-referenced matter. Defendants write to respectfully request (1) a 14 day extension of the deadline to produce certain discovery materials, pursuant to the Court's order of April 10, 2026, from June 5, 2026 to June 22, 2026, and (2) a corresponding extension of the deadline to complete fact discovery, from August 28, 2026 to September 11, 2026 (with depositions to be completed 30 days before the close of fact discovery). <u>See</u> ECF No. 77. This is defendants' fourth request to extend the deadline to produce the remaining discovery materials at issue in the Court's Order. Plaintiff's counsel, J. Remy Green, Esq., consents to this request.

By way of background, defendants have produced to plaintiff all of the discovery materials which were the subject of the Court's April 10, 2026 Order, with the exception of responsive training materials of eight defendants. Upon information and belief, the training materials at issue are stored in multiple locations and have yet to be retrieved, duplicated, and produced to the undersigned. Today, on June 4, 2026, the undersigned was informed by an NYPD representative that certain responsive materials may have been identified but that additional time is needed to complete the transfer of those items. The undersigned will then require additional time to review the materials for production to plaintiff.

For the reasons outlined above, defendants respectfully request, with plaintiff's consent, (1) a 14 day extension of the deadline to produce the applicable training materials, from June 5, 2026 to June 22, 2026, and (2) a corresponding extension of the deadline to complete fact discovery, from August 28, 2026 to September 11, 2026 (with depositions to be completed 30 days before the close of fact discovery).

Thank you for your consideration herein.

Respectfully submitted,

*/s/Jonathan Hutchinson*
Jonathan Hutchinson
*Senior Counsel*
Special Federal Litigation Division

cc:    **VIA ECF**
Counsel of record

2