

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**JONATHAN HUTCHINSON**
*Senior Counsel*
Tel.: (212) 356-2410
Fax: (212) 356-3509
jhutchin@law.nyc.gov

June 18, 2026

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Anees Hasnain v. The City of New York, et. al.,
              24 Civ. 6221 (JLR)

Your Honor:

      I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing defendants the City of New York, Nicholas Albergo, Allyson Echavarria, Freddy Suazo, Gianfranco Rubino, Benjamin Beiro, Robert Livingston, Angelica Amaya, Jason Castillo, Nicholas Noto, Nicholas Blake, Johnny Solorzano, and Diana Schutz ("defendants") in the above-referenced matter. Defendants write to respectfully request (1) a 15 day extension of the deadline to produce certain discovery materials, pursuant to the Court's Order of April 10, 2026, from June 22, 2026 to July 7, 2026,[1] and (2) a corresponding extension of the deadline to complete fact discovery, from September 11, 2026 to September 28, 2026 (with depositions to be completed 30 days before the close of fact discovery). See ECF No. 77. This is defendants' fifth request to extend the deadline to produce the remaining discovery materials at issue in the Court's Order, with a corresponding extension of the deadline to complete fact discovery. Plaintiff's counsel, J. Remy Green, Esq., consents to these requests.

      By way of background, on June 5, 2026, the Court granted defendants' request, with plaintiff's consent, for an extension of the deadline to produce the remaining materials that were the subject of the Court's April 10, 2026 Order. See ECF No. 86. Since that time, the undersigned

---

[1] The undersigned is scheduled to be out of the office on July 6, 2026 and is therefore requesting a 15 day extension rather than an extension of two weeks.

has continued to work with the NYPD to identify responsive training materials and arrange for their production. On June 12, 2026, due to an apparent technical difficulty, the NYPD provided the undersigned with a disc that was purported to contain responsive materials but which was ultimately determined to be blank. The undersigned has continued to communicate with the NYPD to arrange for the materials to be re-sent but has yet to receive the materials in question. Once those materials are received, the undersigned will then require additional time to review the materials for production to plaintiff.

For the reasons outlined above, defendants respectfully request, with plaintiff's consent, (1) a 15 day extension of the deadline to produce certain discovery materials, pursuant to the Court's Order of April 10, 2026, from June 22, 2026 to July 7, 2026, and (2) a corresponding extension of the deadline to complete fact discovery, from September 11, 2026 to September 28, 2026 (with depositions to be completed 30 days before the close of fact discovery).

Thank you for your consideration herein.

Respectfully submitted,

/s/ Jonathan Hutchinson
Jonathan Hutchinson
*Senior Counsel*
Special Federal Litigation Division

cc:    **VIA ECF**
       Counsel of record

Request GRANTED.  The deadline to produce certain discovery materials pursuant to the Court's April 10, 2026 Order is extended to **July 7, 2026**. Fact discovery shall end **September 28, 2026**.  The parties shall file an amended case management plan by June 23, 2026, that reflects those extensions.

Date:   June 22, 2026
        New York, New York

SO ORDERED.

JENNIFER L. ROCHON
**United States District Judge**

2