

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**JONATHAN HUTCHINSON**
*Senior Counsel*
Tel.: (212) 356-2410
Fax: (212) 356-3509
jhutchin@law.nyc.gov

August 7, 2026

**<u>VIA ECF</u>**
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>Anees Hasnain v. The City of New York, et. al.</u>,
      24 Civ. 6221 (JLR)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing defendants the City of New York, Nicholas Albergo, Allyson Echavarria, Freddy Suazo, Gianfranco Rubino, Benjamin Beiro, Robert Livingston, Angelica Amaya, Jason Castillo, Nicholas Noto, Nicholas Blake, Johnny Solorzano, and Diana Schutz ("defendants") in the above-referenced matter. Defendants write on behalf of the parties in response to the Court's Order of August 5, 2026 to submit additional briefing on defendants' motion to limit the deposition testimony of defendant Allyson Echavarria.

On August 6, 2026, the parties conferred about possible compromises that might allow defendant Echavarria's deposition to proceed without further intervention from the Court. The parties have reached agreement on the further conduct of defendant Echavarria's deposition — namely that the instructions not to answer have been withdrawn — and will not therefore be submitting additional briefing on the instructions not to answer given by the defense during the deposition.

The parties thank the Court for its time and attention.

Respectfully submitted,

*/s/ Jonathan Hutchinson*
Jonathan Hutchinson
*Senior Counsel*
Special Federal Litigation Division

cc:    **VIA ECF**
       Counsel of record

2