

remy green <remy@femmelaw.com>

---

## Hasnain v. City of NY, et al - Missing BwC and TRI

---

**remy green** <remy@femmelaw.com>                                        Fri, Aug 14, 2026 at 9:46 AM
To: "Hutchinson, Jonathan" <jhutchin@law.nyc.gov>
Cc: Regina Yu <regina@femmelaw.com>, Admin <admin@femmelaw.com>, "protests@femmelaw.com"
<protests@femmelaw.com>

Again, a vague commitment that a search will be complete — never mind production — next week is just not workable. Assuming that means Friday, as past "next week" commitments have, and then production takes another week or even just a few days, that puts us with no time in discovery to recall all the witnesses.

Again, if you want to move to extend the end of discovery, that's fine with us and solves the problem. But otherwise we just have to go to the court — and frankly, she will fault us if we don't at this stage.

---

## J. Remy Green

*Partner*

| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns:  Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

---



---

On Fri, Aug 14, 2026 at 9:43 AM Hutchinson, Jonathan <jhutchin@law.nyc.gov> wrote:

> None of your assumptions are accurate. I will continue to communicate with NYPD until we receive the text thread. I understand they expect to complete the search of the phone by next week.
>
> ---
>
> **From:** remy green <remy@femmelaw.com>
> **Sent:** Friday, August 14, 2026 10:29 AM
> **To:** Hutchinson, Jonathan <jhutchin@law.nyc.gov>
> **Cc:** Regina Yu <regina@femmelaw.com>; Admin <admin@femmelaw.com>; protests@femmelaw.com
> **Subject:** Re: [FPC] RE: [EXTERNAL] Hasnain v. City of NY, et al - Missing BwC and TRI

Jon,

I don't know why you refuse to understand this:  the text thread is relevant to all depositions because it contains the plan then conveyed at muster.

It's not a surprise we need this or intend to go to the court.  I also asked repeatedly on Monday for a date, and you said you were asking.  It sounds like NYPD is just not providing you information, and does not grasp this is a major issue.

Unless what you're saying is you didn't convey until today or yesterday that they needed to provide a firm date?

We've been trying to address this for a month now, even putting aside the plain violation of the Court's order to produce this months ago.  We have repeatedly held off on a motion because of representations the City was working on this, but we still have nothing firm and no commitments.

We can hold off on a motion if you ask for an extension of the discovery end date.  But otherwise, the seeming admission that you did not intend to provide us even an estimate until I sent the email yesterday requires us to move.

---

## J. Remy Green

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns:  Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

---



---

On Fri, Aug 14, 2026 at 9:23 AM Hutchinson, Jonathan <jhutchin@law.nyc.gov> wrote:

> You asked for an estimated date of completion yesterday afternoon and I just replied that I would reach out to NYPD for an answer. This is information that needs to come from the agency. There is no reason to believe Sgt.

Albergo, PO Suazo, or Sgt. Castillo – the depositions scheduled for next week – would have been privy to the text thread, but you can of course ask them.

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Friday, August 14, 2026 10:19 AM
**To:** Hutchinson, Jonathan <jhutchin@law.nyc.gov>
**Cc:** Regina Yu <regina@femmelaw.com>; Admin <admin@femmelaw.com>; protests@femmelaw.com
**Subject:** Re: [FPC] RE: [EXTERNAL] Hasnain v. City of NY, et al - Missing BwC and TRI

Hi Jon,

We have a short schedule remaining and depositions we need this evidence for next week, unless you're volunteering to bring witnesses back at your expense.

We will file a motion today if we don't get a firm commitment.

_____

## J. Remy Green

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns:  Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____

On Thu, Aug 13, 2026 at 2:14 PM remy green <remy@femmelaw.com> wrote:

Hi Jon,

Following up again.  We will definitely need to continue to hold depositions open if we don't have this, and we will have to file a motion shortly if we don't get confirmation the thread was found and when it will be produced.

---

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

---



---

On Mon, Aug 10, 2026 at 12:21 PM remy green <remy@femmelaw.com> wrote:

> Got it.  Please provide a date when you have it.
>
>
> If this works out, what we need information wise is a description of
> the searches undertaken before Defendant Amaya's deposition, since
> we will then need to move under Rule 37 related to the violation of
> ECF No. 77.
>
>
> ---
>
> **J. Remy Green**
>
> *Partner*
> | Cohen&Green P.L.L.C. | #FemmeLaw |
> | remy@femmelaw.com (e) | (929) 888.9560 (direct) |
> | (929) 888.9480 (p) | (929) 888.9457 (f) |
> | honorific / pronouns: Mx. / they, their, them |

| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |



On Mon, Aug 10, 2026 at 12:09 PM Hutchinson, Jonathan <jhutchin@law.nyc.gov> wrote:

> I understand we may have located the phone that DI Amaya had on the date of the incident. I'm hopeful we can pull the relevant text messages and send them over, and I'm waiting on an ETA for when that process is expected to be completed.

**From:** remy green <remy@femmelaw.com>
**Sent:** Monday, August 10, 2026 12:35 PM
**To:** Hutchinson, Jonathan <jhutchin@law.nyc.gov>
**Cc:** Regina Yu <regina@femmelaw.com>; Admin <admin@femmelaw.com>; protests@femmelaw.com
**Subject:** Re: [FPC] RE: [EXTERNAL] Hasnain v. City of NY, et al - Missing BwC and TRI

Okay, obviously the claim there is no request is frivolous.  As I've pointed out countless times, the requests expressly say:

  If any responsive document has been lost, destroyed, or is otherwise unavailable, provide:

a. The name(s) and title(s) of the person(s) who searched for the document.

 b. A statement of the specific efforts made by that person to locate the document, and the locations searched.

c. A statement upon actual knowledge, or upon information and belief ,concerning what happened to the document, or a statement

that the person has no explanation for its non-existence.

d. The specific expected chain of custody of the document from the time of its creation to its expected storage place. If the specific chain of custody is unknown, provide the customary chain of custody for a document of its type.

e. If the document was destroyed, the date of destruction, as well as the relevant Retention Schedule, Records Disposition Request, and/or Record Disposal Application concerning the document.

No objection was made to that part of the requests. While I understand you don't think an objection was *waived*, that doesn't mean there is no request to move on.

More practically, the "imminent" answer is not helpful now that we're a month out from the revelation that there was a thread that was likely destroyed, and barely more than a month from the close of discovery. Particularly given your apparent insistence on us serving *more* discovery, we cannot wait. And the same is true of the multiple missed time commitments last week.

So, please provide a date certain we will get information. We will hold off on a motion if you can commit to a date.

---

**J. Remy Green**

     *Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

---



---

On Mon, Aug 10, 2026 at 11:31 AM Hutchinson, Jonathan <jhutchin@law.nyc.gov> wrote:

Good morning, Remy,

Thanks for the heads up, I spoke with NYPD this morning and they are hoping to have information about preservation of phone data during the relevant timeframes imminently.

As we've discussed, it is our position that plaintiff has no grounds to file a discovery motion on this topic at this stage, and such would violate the Court's rules ordering that the parties attempt to resolve disputes via conference. We have agreed to produce the information you've requested. There is no controversy ripe for Court intervention, nor is there a remedy that would give plaintiff what we have not already agreed to produce. Additionally, given that plaintiff has not served a document request or interrogatory for the documents and information sought, it is our position that a motion to compel would be procedurally improper at this stage.

Regards, Jon

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Monday, August 10, 2026 9:08 AM
**To:** Hutchinson, Jonathan <jhutchin@law.nyc.gov>
**Cc:** Regina Yu <regina@femmelaw.com>; Admin <admin@femmelaw.com>; protests@femmelaw.com
**Subject:** Re: [FPC] RE: [EXTERNAL] Hasnain v. City of NY, et al - Missing BwC and TRI

Hi Jon,

As discussed, at your request, I am reminding you today that we intend to file a motion by the close of business.

---

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |



On Thu, Aug 6, 2026 at 1:17 PM remy green <remy@femmelaw.com> wrote:

Hi Jon,

Since there has been no substantive update, and the time left in discovery is relatively short, we feel the need to start the response clock on the attached.

Obviously, if the Thread is produced, we can agree to withdraw this; likewise, if we receive sufficient information to address this issue, as requested in our document requests and as I've described above in this thread, we will also agree to withdraw this.

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |

| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |



On Tue, Aug 4, 2026 at 10:42 AM Hutchinson, Jonathan <jhutchin@law.nyc.gov> wrote:

We're still waiting on information from NYPD regarding the text thread itself as well as the preservation of data from the NYPD cell phones that may have contained the thread.

**From:** remy green <remy@femmelaw.com>
**Sent:** Tuesday, August 4, 2026 11:21 AM
**To:** Hutchinson, Jonathan <jhutchin@law.nyc.gov>
**Cc:** Regina Yu <regina@femmelaw.com>; Admin <admin@femmelaw.com>; protests@femmelaw.com
**Subject:** Re: [FPC] RE: [EXTERNAL] Hasnain v. City of NY, et al - Missing BwC and TRI

Hi Jon,

The problem, as I've explained to you so many times now, is that the thread is where the orders that make their way to line officers are set up.

That said, we're ready to move forward and if we need to call her back based on the contents of the thread, we will do so.

Can you provide an update as to what exactly the status of looking into things is?

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |

| honorific / pronouns:  Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |



On Tue, Aug 4, 2026 at 10:18 AM Hutchinson, Jonathan <jhutchin@law.nyc.gov> wrote:

Good morning,

We're still looking into the issue but given that we have no reason to believe Sgt. Echavarria (then PO Davila) would have been privy to the deployment thread, it's our position that we should move forward with her deposition tomorrow.

Additionally, we've been able to confirm the availability of two additional defendants for depositions on the following dates:

-PO Suazo, 8/19/26 (10 am start would work)

-Sgt. Castillo, 8/21/26 (10 am works)

Regards, Jon

**From:** remy green <remy@femmelaw.com>
**Sent:** Tuesday, August 4, 2026 10:49 AM
**To:** Hutchinson, Jonathan <jhutchin@law.nyc.gov>
**Cc:** Regina Yu <regina@femmelaw.com>; Admin <admin@femmelaw.com>; protests@femmelaw.com
**Subject:** Re: [FPC] RE: [EXTERNAL] Hasnain v. City of NY, et al - Missing BwC and TRI

Hi Jon,

As we evaluate whether moving forward with the deposition tomorrow makes sense with this still unresolved, we need to know the status of this issue.

Can you let us know?

_____

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____

On Fri, Jul 24, 2026 at 2:37 PM Hutchinson, Jonathan <jhutchin@law.nyc.gov> wrote:

Received, thank you.

_____

**From:** remy green <remy@femmelaw.com>
**Sent:** Friday, July 24, 2026 3:31 PM
**To:** Hutchinson, Jonathan <jhutchin@law.nyc.gov>
**Cc:** Regina Yu <regina@femmelaw.com>; Admin <admin@femmelaw.com>; protests@femmelaw.com
**Subject:** Re: [FPC] RE: [EXTERNAL] Hasnain v. City of NY, et al - Missing BwC and TRI

📄 ESU Truck on the way to BOMB THREAT Blocked by Pro-palestine Protesters - Multiple Arrests NYC [T...

Hi Jon,

Here's the video from YouTube.

You can see the punch itself at around 2:05, and you can see Ms. Hasnain go to the ground after.

_____

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____

On Fri, Jul 24, 2026 at 2:09 PM Hutchinson, Jonathan <jhutchin@law.nyc.gov> wrote:

Good afternoon, Remy,

Thanks for speaking with me today. We can agree to #1. Looking forward to hearing your global demand and speaking with you the week of August 4. To that end, to help me evaluate a global settlement offer, it would be helpful if you could send over any video you have from the 2024 incident.

Regards, Jon

_____

**From:** remy green <remy@femmelaw.com>
**Sent:** Friday, July 24, 2026 1:22 PM
**To:** Hutchinson, Jonathan <jhutchin@law.nyc.gov>
**Cc:** Regina Yu <regina@femmelaw.com>; Admin <admin@femmelaw.com>; protests@femmelaw.com
**Subject:** Re: [FPC] RE: [EXTERNAL] Hasnain v. City of NY, et al - Missing BwC and TRI

Hi Jon,

As discussed, here's the follow up.  We will get back to you ideally next week (while you're still out) with a demand that moves to a global-across-cases approach.

As far as the text message thread, you will get back to us sometime the week of August 3, 2026 on whether you are able to find the text messages from any Lts.  You also said you would look into whether phones returned to the department were backed up, imaged, or otherwise preserved as a way of getting the actual text messages.

As far as preservation information, you agreed you would let us know by the end of the day which of the following represented the state of play:

1.  The City will agree, if and only if it cannot find the actual text messages, that it will produce whatever its good faith view of what courts generally require a party to produce once there is evidence that some document or document has been destroyed or lost.

2.  We have some impasse on this issue, and we will decide whether to make a motion (on both the rule 37 issue as to the failure to produce the text thread/whether the inquiry was adequate, disclosure of relevant preservation information, and a motion to compel as to the spoliation related instructions in our document requests) before you return; if we do, we will note you

are out of the office next week and that we have no objection to an opposition filed the week your return.

I will also note that in light of the potentially productive path forward on settlement, we are less inclined to immediately file this motion, but would still appreciate the good faith gesture of agreeing that you'll let us know *some* preservation information, with exactly what it is to be discussed later.

Yours,

Remy.

_____

**J. Remy Green**

     *Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns:  Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____

On Wed, Jul 22, 2026 at 4:07 PM Hutchinson, Jonathan <jhutchin@law.nyc.gov> wrote:

    Friday at 10:30 works, please call my desk line below.

Jonathan Hutchinson

Senior Counsel

Special Federal Litigation Division

New York City Law Department

100 Church Street

New York, NY 10007

(212) 356-2410

Jhutchin@law.nyc.gov

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Wednesday, July 22, 2026 4:30 PM
**To:** Hutchinson, Jonathan <jhutchin@law.nyc.gov>
**Cc:** Regina Yu <regina@femmelaw.com>; Admin <admin@femmelaw.com>;
protests@femmelaw.com <protests@femmelaw.com>
**Subject:** Re: [FPC] RE: [EXTERNAL] Hasnain v. City of NY, et al - Missing BwC and TRI

Hi Jon,

This thread is a specific item that we discussed with the Court months ago, and this basic set of efforts is what should have been happening for the past months.  We raised, before the deposition, the fact that no texts were produced and you said you had "not identified any" texts—when Defendant Amaya readily testified that texting was happening.

The time we have left for discovery does not allow us to wait on this, or to address this purely in serial.  The very basic follow up questions I asked do not and should not need to await running down specific supervisors — and indeed, may obviate the need to do so. Basic retention questions are usually the first thing addressed.

This is especially so where, as here, the issues we're addressing are likely preliminary to a spoliation motion, which will itself need to be resolved and will shape other discovery.

So, let's meet on Friday (10:30 am, just to propose something).  And if we can't agree then on a schedule to get preservation and other information, we will have our impasse and be able to move.

---

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |

| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |



On Wed, Jul 22, 2026 at 3:00 PM 'Hutchinson, Jonathan' via Protester Cases <Protests@femmelaw.com> wrote:

Good afternoon,

I'm still looking into whether we can identify any other SRG supervisors who may be in possession of the text thread, so your follow up questions are premature. I'll be out of the office next week (the week of 7/27) so will need some additional time to exhaust those additional efforts. That said, I'm happy to meet and confer on Friday morning (7/24) if you'd still like to.

Regards, Jon

**From:** remy green <remy@femmelaw.com>
**Sent:** Wednesday, July 22, 2026 3:14 PM
**To:** Hutchinson, Jonathan <jhutchin@law.nyc.gov>
**Cc:** Regina Yu <regina@femmelaw.com>; Admin <admin@femmelaw.com>; protests@femmelaw.com
**Subject:** Re: [EXTERNAL] Hasnain v. City of NY, et al - Missing BwC and TRI

Hi Jon,

Following up one more time for this information. If you are unwilling to provide it or agree on a method for providing it, please provide a time to meet and confer as I initially asked. If we do not have a time for a meet and confer by COB tomorrow (to take

place within some reasonable timeframe), we will make a motion.

_____

**J. Remy Green**

    *Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns:  Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____

_____

_____

On Mon, Jul 20, 2026 at 10:41 AM remy green <remy@femmelaw.com> wrote:

> Jon,
>
> That does not answer the real questions:
>
> When did those people change phones?  If it was after litigation was anticipated, why weren't they preserved?  What happens to a phone returned to the department for an upgrade?  What back ups exist?
>
> Just asking random people likely to be on the thread is not a diligent search.
>
> We're happy to do this by 30(b)(6) if you're not going to do the digging, but obviously there's a real problem that there are relevant documents the city is seemingly asserting it destroyed.
>
> _____

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

On Mon, Jul 20, 2026 at 10:39 AM Hutchinson, Jonathan <jhutchin@law.nyc.gov> wrote:

> Good morning,
>
> The SRG supervisors I've spoken to are no longer in possession of the text thread. I'm in the process of attempting to identify any additional supervisors and determine whether they have any responsive texts.
>
> Regards, Jon
>
> Jonathan Hutchinson
>
> Senior Counsel
>
> Special Federal Litigation Division
>
> New York City Law Department
>
> 100 Church Street
>
> New York, NY 10007
>
> (212) 356-2410
>
> Jhutchin@law.nyc.gov
>
> ---
>
> **From:** remy green <remy@femmelaw.com>
> **Sent:** Monday, 20 July 2026 10:27:15

**To:** Hutchinson, Jonathan <jhutchin@law.nyc.gov>
**Cc:** Regina Yu <regina@femmelaw.com>; Admin <admin@femmelaw.com>; protests@femmelaw.com <protests@femmelaw.com>

**Subject:** Re: [EXTERNAL] Hasnain v. City of NY, et al - Missing BwC and TRI

Hi Jon,

Following up on this.

If we don't hear from you, we will need to just make a motion.

---

**J. Remy Green**

    *Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

---

On Wed, Jul 15, 2026 at 1:06 PM remy green <remy@femmelaw.com> wrote:

> Hi Jon,
>
> Given the testimony today confirming a deployment thread existed, we need to know what efforts have been made to get that thread

from other people on the thread. DI Amaya confirmed it would be everyone at the protest Lt. and above, which should be a meaningful pool of people.

Please confirm what efforts have been made (e.g., what custodians have been asked for their phones) to find the thread. Please also confirm NYPD's destruction and back up policies for a phone that has been returned to the Department, like DI Amaya's was in mid-2023.

If you are not willing to provide that information, please provide a date to meet and confer this week -- we do want to get this issue moving given it will be important for all depositions.

Yours,

Remy.

_____

**J. Remy Green**

    *Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |

| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

C&G

On Tue, Jul 14, 2026 at 1:27 PM Hutchinson, Jonathan <jhutchin@law.nyc.gov> wrote:

Good afternoon, Remy,

Regarding a TRI for plaintiff, the NYPD ran a search and was unable to locate a TRI for plaintiff. Regarding post-van video footage, we're still looking into it but I have not seen any as of yet.

In response to the below:

1. We requested training materials pertaining to the six topics in your discovery demands, for the ten years prior to the incident, and the materials I produced were the materials that the NYPD located and provided to me in response to that request. To clarify, the topic regarding probable cause was actually probable cause to arrest for the particular offenses plaintiff was charged with.

2. Similarly, we requested policy documents in the form of patrol guide procedures, Finest messages, and legal bureau bulletins for the six topics in your discovery demands (in effect on 9/13/21). The patrol guide procedures that I produced were the responsive sections that were provided to me by the NYPD for those topics, with the exception of 213-20, which I inadvertently omitted and am attaching here with our supplemental production. Again, the topic regarding probable cause was not probable cause generally, but rather probable cause to arrest for the offenses with which plaintiff was charged.

3. As addressed in (2) above, we requested legal bureau bulletins and Finest messages pertaining to the six topics in question and did not receive any responsive materials.

4. I've requested these items from my clients and have not identified any texts regarding plaintiff or the incident.

5. Regarding defendant Amaya's CCRB closing reports, we understood the Court's order to apply to allegations similar in nature to those in the complaint or pertaining to false statements, from ten years prior to the incident. However, in the spirit of avoiding a dispute, we will agree to provide the other two closing reports from DI Amaya's CCRB history (attached here).

Regards, Jon

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Tuesday, July 14, 2026 2:05 PM
**To:** Hutchinson, Jonathan <jhutchin@law.nyc.gov>
**Cc:** Regina Yu <regina@femmelaw.com>; Admin <admin@femmelaw.com>; protests@femmelaw.com
**Subject:** Re: [EXTERNAL] Hasnain v. City of NY, et al - Missing BwC and TRI

Hi, following up about this.

---

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

---

---

On Mon, Jul 13, 2026 at 2:09 PM remy green <remy@femmelaw.com> wrote:

Thank you.

Can you confirm re: TRI? And that the City's position is that there is no post-van footage?

Relatedly:

1. We did not appear to receive any training material that touches on (a) probable cause; (b) First Amendment activities; or (c) First Amendment retaliation. Is the City's production an assertion no such training was provided to any Defendant?

2. We did not receive any patrol guide provisions regarding (a) probable cause to arrest or (b) First Amendment retaliation specifically. Is the City's production an assertion no such provisions exist?

3. We did not receive a single Legal Bureau Bulletin or or FINEST message. That just seems wrong.

4. We did not receive any text messages, including a deployment thread. Again, this seems wrong.

5. For Defendant Amaya, we only received a CCRB closing for one case. There appear to

be 3 relevant cases:

September 25, 2024

**Officer History**

| Officer Name: | Amaya, Angelica | | | | Sex: | F | |
| Tax ID: | 937978 | | | | Race: | Black | |
| Shield: | 00000 | | | | Command: | 172 | |
| Rank: | CPT | | | | Appt Date: | 07/11/2005 | |
| Birth Year: | 1983 | | | | Tenure: | 19 | |
| Age: | 41 | | | | | | |

| CCRB # | CMD | Incident Date | Reported Date | Allegation | Allegation Disposition | Board Discipline Recommendation* | NYPD Allegation Disposition | NYPD MOS Penalty |
|---|---|---|---|---|---|---|---|---|
| 200704404 | 061 | 03/25/2007 | 03/29/2007 | Force - Physical force | Exonerated*** | | | |
| 201115016 | 061 | 11/13/2011 | 11/21/2011 | Abuse - Threat of arrest | Unfounded | | | |
| 201303425 | 104 | 04/20/2013 | 04/25/2013 | Force - Physical force | Exonerated*** | | | |
| | | | | **Total Charges = 3** | **Total Cases = 3** | | | |

In light of the portion of the Order addressing what happens when we do not have material 48 hours in advance of the deposition (either we get a second deposition or agree to reschedule), I wanted to address this.

Additionally, given that the City did not seek another extension, I wanted to address whether the City's position is that its production is complete -- given the above.

Yours,

Remy.

_____

**J. Remy Green**

  *Partner*

| Cohen&Green P.L.L.C. | #FemmeLaw |

| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

C2G

On Mon, Jul 13, 2026 at 1:45 PM Hutchinson, Jonathan <jhutchin@law.nyc.gov> wrote:

Good afternoon,

I was able to locate two additional videos which depict plaintiff in the police van, summarized in the attached. I will share these videos via Kiteworks momentarily.

Regards, Jon

**From:** remy green <remy@femmelaw.com>
**Sent:** Thursday, July 9, 2026 9:42 AM
**To:** Hutchinson, Jonathan <jhutchin@law.nyc.gov>
**Cc:** Regina Yu <regina@femmelaw.com>; Admin <admin@femmelaw.com>
**Subject:** Re: [EXTERNAL] Hasnain v. City of NY, et al - Missing BwC and TRI

Hi Jon,

Can you clarify whether that's you saying the City's position is that these two categories do not exist or whether you're just saying your client has not given them to you?

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com

(e) | (929) 888.9560 (direct) |

| (929) 888.9480 (p) | (929) 888.9457 (f) |

| honorific / pronouns:  Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

On Thu, Jul 9, 2026 at 8:24 AM Hutchinson, Jonathan <jhutchin@law.nyc.gov> wrote:

> Good morning, Regina,
>
> I have not seen BWC of plaintiff's transport or depicting plaintiff at the precinct, nor have I seen a TRI that was prepared in connection with plaintiff's arrest.
>
> Regards, Jon
>
> ---
>
> **From:** Regina Yu <regina@femmelaw.com>
> **Sent:** Wednesday, July 8, 2026 2:18 PM
> **To:** Hutchinson, Jonathan <jhutchin@law.nyc.gov>
> **Cc:** Remy Green <remy@femmelaw.com>; Admin <admin@femmelaw.com>

**Subject:** [EXTERNAL] Hasnain v. City of NY, et al - Missing BwC and TRI

**CAUTION! EXTERNAL SENDER.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. If **suspicious**, report this email by hitting the **Phish Alert Button**. If the button is unavailable or you are on a mobile device, forward as an attachment to phish@oti.nyc.gov.

Hi Jon,

I hope you are well.

We appear to be missing any body worn camera footage of the arrest processing. We don't have any video of Plaintiff in the transport vehicle or at the precinct. Can you please confirm whether this video exists and send it over if you find it?

We are also having trouble finding a TRI report. Apologies if it was disclosed and I simply can't find it. Was there a TRI prepared here, and can you point me to it in Defendants' disclosures?

Thank you,

Regina

Regina Yu (she/her)
*Coordinating Attorney*
Cohen&Green P.L.L.C. #FemmeLaw
1639 Centre St. Suite 216, Ridgewood, NY 11385

929.396.7073 (direct) | 929.888.9480 (office) | (929) 888.9457 (f)



**image001.png**
106K View Scan and download