THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**JONATHAN HUTCHINSON**
*Senior Counsel*
Tel.: (212) 356-2410
Fax: (212) 356-3509
jhutchin@law nyc.gov

August 17, 2026

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Request GRANTED. Defendants may file their response to Plaintiff's August 14, 2026 letter by **August 26, 2026**.

Dated: August 19, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

Re: Anees Hasnain v. The City of New York et. al., 24 Civ. 6221 (JLR)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing defendants the City of New York, Nicholas Albergo, Allyson Echavarria, Freddy Suazo, Gianfranco Rubino, Benjamin Beiro, Robert Livingston, Angelica Amaya, Jason Castillo, Nicholas Noto, Nicholas Blake, Johnny Solorzano, and Diana Schutz ("defendants") in the above-referenced matter. Defendants write, in accordance with Your Honor's Individual Rules, to respectfully inform the Court of their intention to oppose plaintiff's motion "for a date certain for production" of documents and for an order to show cause why sanctions should not issue under Rule 37 of the Federal Rules of Civil Procedure, filed on Friday, August 14, 2026. *See* ECF No. 95.

In accordance with Your Honor's Individual Rules regarding discovery disputes, defendants respectfully inform the Court that they intend to fully respond to plaintiff's August 14, 2026 letter. *See* JLR Rochon Individual Rules of Practice, § 2(E). Given the length of plaintiff's letter and the busy discovery schedule in this matter this week (the parties have three depositions scheduled this week), as well as intervening deadlines in other federal matters that the undersigned is currently handling, defendants respectfully request that the Court allow defendants to respond by Wednesday, August 26, 2026, rather than within the three business days ordinarily afforded by Your Honor's Individual Rules.

For the aforementioned reasons, defendants respectfully inform the Court that they intend to fully respond to plaintiff's August 14, 2026 letter and request a deadline of August 26, 2026 for that response.

Thank you for your consideration herein.

Respectfully submitted,

*/s/ Jonathan Hutchinson*
Jonathan Hutchinson
*Senior Counsel*
Special Federal Litigation Division

cc: **VIA ECF**
Counsel of record