**From:** Hutchinson, Jonathan
**To:** remy@femmelaw.com; Regina Yu
**Cc:** protests@femmelaw.com
**Subject:** Hasnain v. City of New York, et al., demand for materials identified in plaintiff"s deposition
**Date:** Tuesday, August 11, 2026 10:13:00 AM

---

Good morning,

Please produce, as soon as possible but no later than August 24, 2026, the following materials identified during plaintiff's deposition:

1. Text messages, WhatsApp messages, Instagram direct messages, Facebook Messenger messages, or any other social media direct messages sent or received by plaintiff regarding the Met Gala, the protest, or the incident involving police officers, to or from any other individual.
2. Text messages, WhatsApp messages, Instagram direct messages, Facebook Messenger messages, or any other social media direct messages sent or received by Luis Mejia regarding the Met Gala, the protest, or the incident involving police officers, to or from any other individual.
3. Instagram messages regarding the Met Gala, the incident, or this lawsuit sent or received by plaintiff from Terrell Harper, @rellyrebel.
4. Instagram messages regarding the Met Gala, the incident, or this lawsuit sent or received by plaintiff from Steve Cruz, @copwatchsteve.
5. Any and all text messages or any other written communications between plaintiff and Luis Mejia on September 13, 2021
6. Call log of calls placed or received by plaintiff to or from Luis Mejia on September 13, 2021
7. Written statements by Luis Mejia regarding the incident on September 13, 2021 (p. 136)
8. Any and all non-privileged e-mails sent or received by plaintiff regarding the incident or this lawsuit
9. Any and all video footage depicting the incident that plaintiff has observed (including those she viewed online)
10. Photographs of plaintiff, any of plaintiff's belongings, any other individual present during the incident, or any other person, place, or thing that was present during the incident, taken before, during, or after the incident. These include photographs taken by plaintiff (on any device) or photographs that plaintiff has observed (pp. 100, 111).
11. Medical release for entire medical record from plaintiff's former primary care doctor, One Medical (p. 151)
12. Copy of any prescriptions for medication given to plaintiff from any medical provider, including but not limited to Dr. Anwar, Dr. Shefali, Callen Lorde (pp. 154, 234-235)
13. Text messages, WhatsApp messages, Instagram direct messages, Facebook Messenger messages, or any other social media direct messages sent or received by plaintiff regarding the protest that plaintiff attended within one week after September 13, 2021, to or from any other

individual (p. 156)

14. Social media posts by plaintiff regarding the incident on September 13, 2021
15. Social media posts by plaintiff regarding any and all protests that plaintiff attended from September 14, 2021 to the present
16. Photographs of plaintiff, any of plaintiff's belongings, any other individual present during the March 2, 2024 incident, or depicting any other person, place, or thing that was present during the March 2, 2024 incident, taken before, during, or after the incident. These include photographs taken by plaintiff (on any device) or photographs that plaintiff has observed (see p. 169).
17. Any and all videos that plaintiff has observed depicting the March 2, 2024 incident.
18. Text messages, WhatsApp messages, Instagram direct messages, Facebook Messenger messages, or any other social media direct messages sent or received by plaintiff regarding the March 2, 2024 incident, to or from any other individual.
19. Contact information for "Nicole" (see p. 176).
20. DAT given to plaintiff following her arrest on March 2, 2024.
21. Calendar appointments documenting any and all medical visits from September 13, 2021 to the present.
22. Any and all paperwork provided to plaintiff during all medical visits from September 13, 2021 to the present.
23. Photographs of plaintiff, any of plaintiff's belongings, any other individual present during the May or June 2026 incidents at Delaney Hall, or depicting any other person, place, or thing that was present during the Delaney Hall incidents, taken before, during, or after the incident. These include photographs taken by plaintiff (on any device) or photographs that plaintiff has observed.
24. Records of equity distributions from Google, including their current value (pp. 247-248)
25. Signed release permitting defendants to obtain plaintiff's health insurance claim records between 2013 and 2021 (see pp. 230-233).
26. Any and all writings created by plaintiff regarding the September 13, 2021 incident, March 2, 2024 incident, or this lawsuit, including journal entries, poetry, or Blogspot entries
27. Any and all written communications sent or received by plaintiff to or from the CCRB (p. 274)
28. Any and all documentation of out-of-pocket expenses sustained by plaintiff as a result of the September 13, 2021 incident
29. Criminal complaint, DAT, summons, defense attorney business card, or any other documentation received by plaintiff in connection with 2023 or 2024 arrest (pp. 278-279)
30. Employment records, including pay stubs, tax returns, bank statements, and any other documentation of income from the following employers:
    a. Ready Set
    b. Google

c. Non-Violence Peace Force
d. Center for Anti-Violence Education
e. Do Something Strategic
f. Engleberg Center at NYU Law School
g. Resource Generation

31. Any correspondence in plaintiff's possession regarding job offers, performance improvement plans, title changes, letters to file, disciplinary proceedings, or termination notices, for the following employers:
    a. Ready Set
    b. Google
    c. Non-Violence Peace Force
    d. Center for Anti-Violence Education
    e. Do Something Strategic
    f. Engleberg Center at NYU Law School
    g. Resource Generation
32. Signed releases permitting defendants to obtain plaintiff's employment records from the following employers:
    a. Ready Set
    b. Google
    c. Non-Violence Peace Force
    d. Center for Anti-Violence Education
    e. Do Something Strategic
    f. Engleberg Center at NYU Law School
    g. Resource Generation
33. Signed release for plaintiff's unemployment records

Please let me know if you have any questions.

Regards,

Jonathan Hutchinson
Senior Counsel
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, NY 10007
(P): (212) 356-2410
(C): (646) 596-6802
Jhutchin@law.nyc.gov