UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANEES HASNAIN,

Plaintiff,

-against-

CITY OF NEW YORK, NICHOLAS ALBERGO, ALLYSON ECHAVARRIA, FREDDY SUAZO, GIANFRANCO RUBINO, BENJAMIN BEIRO, ROBERT LIVINGSTON, ANGELICA AMAYA, JASON CASTILLO, NICHOLAS NOTO, NICHOLAS BLAKE, JOHNNY SOLORZANO, and DIANA SCHUTZ,

Defendants.

Case No. 1:24-cv-06221 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court held a video conference today to discuss the parties' letter motions, *see* Dkts. 95, 97, and the parties' request to extend the discovery date, *see* Dkt. 9. For the reasons stated on the record, Defendants shall reproduce Defendant Angelica Amaya for a continued deposition regarding the newly produced deployment thread. Court reporter costs for that deposition shall be borne by the Defendants.

Dated: September 1, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge