UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ahmed Abdelbaki,<br><br>Plaintiff,<br><br>vs.<br><br>City of New York, NYPD, Police Officer Carmine P Malandro, John and Jane Does 1-10.<br><br>Defendants. | Civil Case No.<br><br>1:25-cv-02385-MKB-MMH<br><br>**NOTICE OF DEPOSITION PURSUANT TO FED.R.CIV.P. 30(b)(6)** |

**PLEASE TAKE NOTICE,** that pursuant to Rules 26 and 30, including specifically Rule 30(b)(6), of the Federal Rules of Civil Procedure, Plaintiff will take the deposition of Defendant the City of New York**,** at the Aboushi Law Firm PLLC, 1441 Broadway 5th floor, New York, New York 10018 or at another location to be determined by Plaintiffs, or by remote means (via videoconference) pursuant to Rule 3(b)(4) of the Federal Rules of Civil Procedure, beginning at a date and time to be determined by the Plaintiff and continuing from day to day thereafter, or upon such adjourned date as may be agreed upon, or upon such adjourned date as may be agreed upon, until concluded.

The deposition(s) shall take place before a notary public or other officer authorized by law to administer oaths by remote means (via videoconference) pursuant to Rule 30(b)(4) of the Federal Rules of Civil Procedure.

Pursuant to Rule 30(b)(3)(A) of the Federal Rules of Civil Procedure, the deposition(s) will be recorded by audiovisual and/or stenographic means by a court reporter.

The matters of examination will be the following:

1. Uses of force at protests and on protesters between 2004 and 2023, including, but not limited to, baton and asp strikes, and use of force that caused head or brain injuries;

2. Uses of force outside the protest context that resulted in head or brain injuries, including, but not limited to, such uses of force involving baton and asp strikes, between 2004 and 2023;
3. Injuries of protesters at protests between 2004 and 2023, including, but not limited to, head or brain injuries, and other injuries caused by baton and asp strikes;
4. Civilian injuries caused by NYPD uses of force outside the protest context that resulted in head or brain injuries, including, but not limited to, such injuries arising from uses of force involving baton and asp strikes, between 2004 and 2023;
5. Investigations related to uses of force at protests including, but not limited to, such uses of force involving baton and asp strikes, between 2004 and 2023;
6. Investigations related to civilian injuries caused by NYPD uses of force outside the protest context that resulted in head or brain injuries, including, but not limited to, such injuries arising from uses of force involving baton and asp strikes, between 2004 and 2023;
7. Substantiated allegations related to uses of force at protests between 2004 and 2023, including, but not limited to, uses of force related to baton and asp strikes, as well as any discipline considered or imposed related to those substantiated allegations;
8. Substantiated allegations related civilian injuries caused by NYPD uses of force outside the protest context that resulted in head or brain injuries, including, but not limited to, such injuries arising from uses of force involving baton and asp strikes, between 2004 and 2023, as well as any discipline considered or imposed related to those substantiated allegations;

9. Lawsuits against the City of New York and/or NYPD members that were filed or resolved between 2004 and the present alleging excessive force related to (a) uses of force at protests, (b) baton or asp strikes, or (c) head or brain injuries caused by police uses of force, including, but not limited to, the nature and resolution of the claims at issue in such lawsuit;

10. Studies, reports, and analyses, including, but not limited to, risk management and Office of Management and Planning documents, created by or for the NYPD or any City agency related to (a) uses of force at protests, (b) baton or asp strikes, or (c) head or brain injuries caused by police use of force, created between 2004 and the present.

11. The NYPD's policies, practices, procedures, and training with respect to the following topics between 2004 and 2023:

    a. Use of force, including at protests;
    b. Use of force reporting, including in connection with protests;
    c. Use of force-related investigations, including in connection with protests;
    d. Discipline regarding use of force at protests;
    e. Use of batons and/or asps at protests and on protesters;
    f. Use of baton and/or asp strikes that are intended to or risk hitting a person's head;
    g. Techniques for using batons and asps including, but not limited to, techniques concerning strikes that are intended to or risk hitting a person's head;
    h. Discipline for violating any policies and practices regarding strikes with batons or asps that cause or are likely to cause head injuries; and
    i. The risks of impact to the head in using force.

12. Any changes in NYPD policies, practices, training, or procedures to address past issues with the use of force that caused head injuries.

Since this is a deposition notice pursuant to Fed. R. Civ. P. 30(b)(6), the City shall designate and produce one or more employees, agents or representatives who is or are most knowledgeable on the matters set forth above, and set forth for each person designated and produced the matter(s) on which they will testify.

Although this deposition is being noticed pursuant to Fed. R. Civ. P. 30(b)(6), the matters of inquiry may include any other matters permitted under Fed.R.Civ.P. Rules 26 and 30 and any other authorized procedures.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendants are required to produce, by electronic delivery, in advance of any given deposition, any and all materials in any form they may have related in any way to the subject matter of that deposition.

Dated: New York, New York
September 25, 2025

Respectfully submitted,
The Aboushi Law Firm PLLC
s/Aymen A. Aboushi
Aymen A. Aboushi, Esq.
The Aboushi Law Firm
1441 Broadway, 5th Floor
New York, NY 10018
Tel: (212) 391-8500
Fax: (212) 391-8508
Aymen@Aboushi.com
*Attorneys for Plaintiff*

**VIA ELECTRONIC MAIL**

TO:

Adam Bevelacqua
New York City Law Department
100 Church Street
New York, NY 10007
212-356-2105
Email: abevelac@law.nyc.gov

Elissa Beth Jacobs
NYC Law Department
100 Church Street, 3-133b
New York, NY 10010
212-356-3540
Fax: 212-788-9776
Email: ejacobs@law.nyc.gov