COHEN GREEN

September 17, 2026

Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

By Electronic Filing.

**Re: Hasnain v. The City of New York, et al., 24-cv-6221 (JLR)**

Your Honor:

My firm, with co-counsel, represents Plaintiff in the case above. Pursuant to the Court's Individual Rules of Practice in Civil Cases § 2(E) concerning discovery disputes, I write to inform the Court that Plaintiff's response to Defendants' letter motion at ECF No. 104, filed on September 16, 2026, is forthcoming, and to request a two-week extension on consent of the deadline to file Plaintiff's response.

Given the Yom Kippur holiday on Monday and pre-planned travel obligations for Plaintiff's counsel, as well as several intervening deadlines and conferences that the undersigned is currently handling in other matters, Plaintiff respectfully requests, with Defendants' consent, that the Court allow Plaintiff to respond by Monday, October 5, 2026, rather than within the three business days allotted by Your Honor's Individual Rules.

For the reasons set out above, Plaintiff requests a two-week extension, up to and including October 5, 2026, to respond to Defendants' September 16, 2026, letter motion.

As always, I thank the Court for its continued time and attention.

Respectfully submitted,

Regina Yu

_________________

Regina Yu
Coordinating Attorney
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.