UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANEES HASNAIN,

Plaintiff,

-against-

CITY OF NEW YORK, NICHOLAS ALBERGO, ALLYSON ECHAVARRIA, FREDDY SUAZO, GIANFRANCO RUBINO, BENJAMIN BEIRO, ROBERT LIVINGSTON, ANGELICA AMAYA, JASON CASTILLO, NICHOLAS NOTO, NICHOLAS BLAKE, JOHNNY SOLORZANO, and DIANA SCHUTZ,

Defendants.

Case No. 1:24-cv-06221 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court will hold a video conference to discuss the parties' letter motions, *see* Dkts. 104, 109, on **October 13, 2026**, at **10:00 a.m.** via Microsoft Teams. Counsel will receive log-in credentials at the email addresses on the docket. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 391 952 337#.

Dated: October 7, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge