COHEN & GREEN

October 22, 2026

Hon. Jennifer L. Rochon, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Plaintiff's request is GRANTED. The Court will separately enter the proposed amended case management plan. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 111.

Dated: October 28, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

By Electronic Filing.

**Re: Hasnain v. City of New York, et al., 24-cv-06221 (JLR)**

Dear Judge Rochon:

I am co-counsel for Plaintiff Anees Hasnain in this matter. I write to ask the Court to ask the Court to extend the discovery end date by 45 days in light of the 30(b)(6) disputes and the progress the parties appear to be making to resolve them.

Per the Court's Rules: (1) the current end of discovery is set for November 12, 2026 (ECF No. 103) and the extension would move the end date to December 28, 2026, and accordingly move the ¶ 6(b) deadline to complete depositions to December 7, 2026; (2) there have been at least eight previous extensions and a number of requests; (3) those requests have been variously denied and granted; and (4) Defendants consent. A proposed, amended case management plan is attached.

As discussed and anticipated at the most recent conference, this extension is necessary because, following the Court's denial of Defendants' motion to bifurcate *Monell* discovery, the necessary tasks to reach agreement (or not) on a 30(b)(6) witness do not necessarily fit in the current schedule. As of now, the parties have had a preliminary conferral on 30(b)(6) topics, as well as ways to provide the information other than a new deposition. During that meet and confer on October 16, Defendants suggested they may be open to incorporating certain testimony from other cases as if it were taken here, but Defendants' counsel must confer with his client and supervisors before there is approval of that approach. The parties have been conferring, and while we are hopeful we will reach an agreed resolution, there are no approvals yet. We believe 45 days should be sufficient to get those approvals, or attempt to reach a different resolution if there are no approvals.

Accordingly, the Court should extend the discovery end date by 45 days, so the parties may continue to confer on and resolve issues around the deposition of the City under rule 30(b)(6).

As always, I thank the Court for its time and attention.

Respectfully submitted,

/s/

Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t: (929) 888.9480 · f: (929) 888.9457 · FemmeLaw.com

J. Remy Green
*Honorific/Pronouns: Mx., they/their/them*
**Cohen&Green P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF.