COHEN&GREEN

November 24, 2026

**BY ECF**
Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Anees Hasnain v. City of New York, et al., 24-cv-06221 (JLR)**

Your Honor:

This firm, along with co-counsel, represents the Plaintiff. On November 12th, Defendants served a Rule 68 Offer of Judgment. On November 16th, Plaintiff accepted the Rule 68 by notifying defense counsel in writing as specified in the Rule 68. *See* Ex. 1, Declaration of Service with Rule 68 Acceptance Papers. Plaintiff respectfully requests that the Court endorse the attached proposed judgment, attached as Exhibit 2.

Plaintiff also respectfully requests that the Court extend the deadline by which Plaintiff must file any application for attorney's fees, costs, and expenses, until 90 days after the Court has entered that judgment, so that the parties can attempt to resolve the remaining claims for attorney's fees, costs, and expenses without the need for intervention by the Court. Defendants consent to this request.

We thank the Court for its time and consideration.

Respectfully submitted,

Regina Yu
*Pronouns: She/Her*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF.