UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

ANEES HASNAIN,

Plaintiff,

-against-

THE CITY OF NEW YORK, NYPD POLICE OFFICER NICHOLAS ALBERGO (TAX 954471), NYPD POLICE OFFICER ALLYSON ECHAVARRIA (TAX 951703), NYPD POLICE OFFICER FREDDY SUAZO; NYPD SGT. GIANFRANCO RUBINO; NYPD POLICE OFFICER BENJAMIN BEIRO; NYPD SGT. ROBERT LIVINGSTON; NYPD CAPTAIN ANGEL AMAYA; NYPD POLICE OFFICER JASON CASTILLO; NYPD POLICE OFFICER NICHOLAS NOTO; NYPD POLICE OFFICER NICHOLAS BLAKE; NYPD POLICE OFFICER JOHNNY SOLORZANO; AND NYPD POLICE OFFICER DIANA SCHUTZ,

Defendants.
---------------------------------------------------------------------X

**DECLARATION OF SERVICE**

**24-cv-6221**

REGINA YU, Esq. hereby declares under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am over 18 years of age and not a party to this action.

2. On November 16, 2026, I served the attached November 16, 2026 letter accepting the Rule 68 Offer of Judgment dated November 12, 2026 made on behalf of the Defendants in this matter, a copy of which is attached to the letter, on those Defendants, by e-mailing true and correct copies of the same to their counsel of record, Jonathan Hutchinson Esq., at his Law Department email address.

3. On November 17, 2026, I received an e-mail from Mr. Hutchinson confirming receipt of the e-mail accepting the Rule 68.

4. On November 24, 2026, I served the Rule 68 papers on the Defendants in this matter by e-mailing true and correct copies of the same to ServiceECF@law.nyc.gov,

the e-mail address that the Law Department has designated to accept service of process by e-mail.

Dated: Queens, NY
November 24, 2026

Regina Yu (she/her)
*Coordinating Attorney*
COHEN&GREEN P.L.L.C.
1639 Centre St. Suite 216
Ridgewood, NY 11385

COHEN&GREEN

November 16, 2026

Jonathan Hutchinson
Senior Counsel
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, NY 10007
Jhutchin@law.nyc.gov

By Electronic Mail

Re: *Anees Hasnain v. City of New York*, 24-cv-06221-JLR

Dear Counsel:

Plaintiff Anees Hasnain hereby accepts the Rule 68 Offer of Judgment dated November 12, 2026, from City Defendants in the above-captioned matter, a copy of which is attached.

I will contact you separately regarding the outstanding claims for attorneys' fees and costs to see if we can reach a stipulation that would avoid the need for a formal application to the Court.

Yours,

Regina Yu

Regina Yu
Coordinating Attorney
Cohen&Green P.L.L.C.
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

| | |
|---|---|
| Anees Hasnain,<br><br>Plaintiff,<br><br>-against-<br><br>The City of New York, et al.,<br><br>Defendants. | **RULE 68**<br>**OFFER OF JUDGMENT**<br><br>24 Civ. 4221 (JLR) |

---------------------------------------------------------------------- x

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants, and any defendant who is currently or subsequently named and hereafter represented by the Office of the Corporation Counsel in this action, hereby offer to allow plaintiff Anees Hasnain to take a judgment against the City of New York in this action for the total sum of Two Hundred Thousand and One ($200,001.00) Dollars, plus reasonable attorneys' fees and costs to the date of this offer for plaintiff's federal claims.

This judgment shall be in full satisfaction of all federal and state law claims or rights that plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants or any official, employee, or agent, either past or present, of the City of New York, or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

This offer of judgment may only be accepted by written notice within 14 days after being served.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by

defendants or any official, employee, or agent of the City of New York, or any agency thereof; nor is it an admission that plaintiff has suffered any damages.

Acceptance of this offer of judgment will act to release and discharge defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York, or any agency thereof, from any and all claims that were or could have been alleged by plaintiff arising out of the facts and circumstances that are the subject of this action.

Acceptance of this offer of judgment also will operate to waive plaintiff's rights to any claim for interest on the amount of the judgment.

Plaintiff Anees Hasnain agrees that payment of Two Hundred Thousand and One ($200,001.00) Dollars within ninety (90) days of the date of acceptance of the offer shall be a reasonable time for such payment, unless plaintiff received medical treatment in connection with the underlying claims in this case for which Medicare has provided, or will provide, payment in full or in part. If plaintiff Anees Hasnain is a Medicare recipient who received medical treatment in connection with the claims in this case, the ninety (90) day period for payment shall start to run from the date plaintiff submits to counsel for defendants a final demand letter from Medicare.

By acceptance of this Rule 68 Offer of Judgment, plaintiff Anees Hasnain agrees to resolve any claim that Medicare may have for reimbursement of conditional payments it has made as secondary payer, and a Medicare Set-Aside Trust shall be created, if required by 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26. Plaintiff Anees Hasnain further agrees to hold harmless defendants and all past and present officials, employees, representatives

and agents of the City of New York, or any agency thereof, regarding any past and/or future Medicare payments, presently known or unknown, made in connection with this matter.

The judgment shall contain and recite the terms and conditions set forth herein.

Dated: New York, New York
November 12, 2026

STEVEN BANKS
Corporation Counsel of the
City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007
(212) 356-2410

By: /s/ *Jonathan Hutchinson*
Jonathan Hutchinson
*Senior Counsel*

To: VIA E-MAIL AND FIRST CLASS MAIL
J. Remy Green, Esq.
*Attorney for Plaintiff*
Cohen & Green PLLC
16-39 Centre Street, Suite 216
Ridgewood, New York 11385
E-mail: remy@femmelaw.com